

**<u>Exhibit A</u>**

**Proposed Order**

ENTERED
07/21/2016

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CJ HOLDING CO., | § | Case No. 16-33590 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 47-2204586 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| BLUE RIBBON TECHNOLOGY INC., | § | Case No. 16-33591 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 45-5616338 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| C&J CORPORATE SERVICES (BERMUDA) LTD., | § | Case No. 16-33593 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. N/A | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| C&J ENERGY PRODUCTION SERVICES-CANADA LTD., | § | Case No. 16-33597 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. N/A | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| C&J ENERGY SERVICES, INC., | § | Case No. 16-33596 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 20-5673219 | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| C&J ENERGY SERVICES LTD., | § | Case No. 16-33595 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. N/A | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| C&J SPEC-RENT SERVICES, INC., | § | Case No. 16-33598 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 87-0750712 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| C&J VLC, LLC, | § | Case No. 16-33599 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 45-5129989 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| C&J WELL SERVICES INC., | § | Case No. 16-33601 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 20-2535684 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| ESP COMPLETION TECHNOLOGIES LLC, | § | Case No. 16-33602 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 45-3724615 | § | |

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| KVS TRANSPORTATION, INC., | § | Case No. 16-33603 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 04-5372415 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| MOBILE DATA TECHNOLOGIES LTD., | § | Case No. 16-33604 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. N/A | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| TELLUS OILFIELD INC., | § | Case No. 16-33605 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 45-2762657 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| TIGER CASED HOLE SERVICES INC., | § | Case No. 16-33606 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 33-0587783 | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| TOTAL E&S, INC., | § | Case No. 16-33607 |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. 74-3205351 | § | **Re:  Docket No.** 3 |

### ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES
(Docket No. 3)

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, including the ability to add later filed cases to these chapter 11 cases, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth to them in the Motion.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 16-33590 (DRJ). Additionally, the following checked items are ordered:

a.      ☒      One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

b.      ☒      Case Nos. 16-33590, 16-33591, 16-33593, 16-33597, 16-33596, 16-33595, 16-33598 16-33599, 16-33601, 16-33602, 16-33603, 16-33604, 16-33605, 16-33606, and 16-33607 (higher case number) shall be transferred to Judge David R. Jones, who has the lower numbered case.

c.      ☒      Parties may request joint hearings on matters pending in any of the jointly administered cases.

d.      ☒      Other:  See below.

3.      The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CJ HOLDING CO., *et al.*,[1] | § | Case No. 16-33590 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: CJ Holding Co. (4586); Blue Ribbon Technology Inc. (6338); C&J Corporate Services (Bermuda) Ltd.; C&J Energy Production Services-Canada Ltd.; C&J Energy Services, Inc. (3219); C&J Energy Services Ltd.; C&J Spec-Rent Services, Inc. (0712); C&J VLC, LLC (9989); C&J Well Services Inc. (5684); ESP Completion Technologies LLC (4615); KVS Transportation, Inc. (2415); Mobile Data Technologies Ltd.; Tellus Oilfield Inc. (2657); Tiger Cased Hole Services Inc. (7783); and Total E&S, Inc. (5351).  The location of the Debtors' service address is 3990 Rogerdale, Houston, Texas 77042.

5.      A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than CJ Holding Co. to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration for procedural purposes only of the chapter 11 cases of:  CJ Holding Co., Case No. 16-33590 ; Blue Ribbon Technology Inc., Case No. 16-33591; C&J Corporate Services (Bermuda) Ltd., Case No. 16-33593; C&J Energy Production Services-Canada Ltd., Case No. 16-33597; C&J Energy Services, Inc., Case No. 16-33596; C&J Energy Services Ltd., Case No. 16-33595; C&J Spec-Rent Services, Inc., Case No. 16-33598; C&J VLC, LLC, Case No. 16-33599; C&J Well Services Inc., Case No. 16-33601; ESP Completion Technologies LLC, Case No. 16-33602; KVS Transportation, Inc., Case No. 16-33603; Mobile Data Technologies Ltd., Case No. 16-33604; Tellus Oilfield Inc., Case No. 16-33605; Tiger Cased Hole Services Inc., Case No. 16-33606; and Total E&S, Inc., Case No. 16-33607. The docket in Case No. 16-33590 (DRJ) should be consulted for all matters affecting this case.

6.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, the Debtors or the Debtors' estates and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

8.      Nothing contained in the Motion or this Order shall be deemed or construed as precluding the Debtors from causing any of their non-Debtor, wholly owned subsidiaries from commencing voluntary cases under the Bankruptcy Code.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  July 21, 2016.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**

7