

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/21/2016

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CJ HOLDING CO., *et al.*,[1] | § | Case No. 16-33590 (DRJ) |
| | § | |
| Debtors. | § | (Joint Administration Requested) |
| | § | |
| | § | Re: Docket No. __ |

**ORDER (I) AUTHORIZING THE DEBTORS TO FILE A
CONSOLIDATED LIST OF CREDITORS AND A CONSOLIDATED LIST
OF THE 30 LARGEST UNSECURED CREDITORS, (II) AUTHORIZING
THE DEBTORS TO REDACT CERTAIN PERSONAL IDENTIFICATION
INFORMATION FOR INDIVIDUAL CREDITORS, AND (III) APPROVING
THE FORM AND MANNER OF NOTIFYING CREDITORS OF THE
COMMENCEMENT OF THE CHAPTER 11 CASES AND OTHER INFORMATION**
(Docket No. 8)

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) authorizing the Debtors to file a consolidated creditor matrix and list of the 30 largest general unsecured creditors in lieu of submitting separate mailing matrices and creditor lists for each Debtor, (b) authorizing the Debtors to redact certain personal identification information for individual creditors, and (c) approving the form and manner of notice of commencement of these chapter 11 cases and the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: CJ Holding Co. (4586); Blue Ribbon Technology Inc. (6338); C&J Corporate Services (Bermuda) Ltd.; C&J Energy Production Services-Canada Ltd.; C&J Energy Services, Inc. (3219); C&J Energy Services Ltd.; C&J Spec-Rent Services, Inc. (0712); C&J VLC, LLC (9989); C&J Well Services Inc. (5684); ESP Completion Technologies LLC (4615); KVS Transportation, Inc. (2415); Mobile Data Technologies Ltd.; Tellus Oilfield Inc. (2657); Tiger Cased Hole Services Inc. (7783); and Total E&S, Inc. (5351). The location of the Debtors' service address is 3990 Rogerdale, Houston, Texas 77042.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized to file a single consolidated Creditor Matrix for all of these chapter 11 cases.

3. The Debtors are authorized to file a consolidated Top 30 List.

4. Except as ordered by this Court, access to address information of individual creditors listed on the Creditor Matrix is limited to this Court, the U.S. Trustee, and any official committee of unsecured creditors appointed in these chapter 11 cases.

5. The Debtors are authorized to serve the Notice of Commencement, substantially in the form attached hereto as **Exhibit 1**, to all parties in interest in accordance with Bankruptcy

Rule 2002. Service of the Notice of Commencement shall be deemed adequate and sufficient notice of: (a) the commencement of these chapter 11 cases; and (b) the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: July 21, 2016.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

## **Exhibit 1**

**Proposed Notice of Commencement**

**Information to identify the case:**
Debtor:       CJ Holding Co.
EIN: 47-2204586

United States Bankruptcy Court for the Southern District of Texas

Case Numbers: 16-33590; 16-33591; 16-33593; 16-33595; 16-33596; 16-33597; 16-33598; 16-33599; 16-33601; 16-33602; 16-33603; 16-33604; 16-33605; 16-33606; and 16-33607

Official Form 309F (For Corporations or Partnerships)

Notice of Chapter 11 Bankruptcy Case                                                                                      12/15

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.  Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).  All filings will also be made available to the general public on a public web site maintained by Donlin, Recano & Company, Inc. ("Case Information Website"), located at www.donlinrecano.com/cjenergy.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1. **Debtor's full name:  See Chart Below**

   **Jointly Administered Cases**

| DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|
| **CJ Holding Co.** | **3990 Rogerdale Road Houston, Texas 77042** | 16-33590 | 47-2204586 |
| **Blue Ribbon Technology Inc.** | **3990 Rogerdale Road Houston, Texas 77042** | 16-33591 | 45-5616338 |
| **C&J Corporate Services (Bermuda) Ltd.** | **3990 Rogerdale Road Houston, Texas 77042** | 16-33593 | N/A |
| **C&J Energy Services Ltd.** | **3990 Rogerdale Road Houston, Texas 77042** | 16-33595 | N/A |
| **C&J Energy Services, Inc.** | **3990 Rogerdale Road Houston, Texas 77042** | 16-33596 | 20-5673219 |
| **C&J Energy Production Services-Canada Ltd.** | **3990 Rogerdale Road Houston, Texas 77042** | 16-33597 | N/A |
| **C&J Spec-Rent Services, Inc.** | **3990 Rogerdale Road Houston, Texas 77042** | 16-33598 | 87-0750712 |
| **C&J VLC, LLC** | **3990 Rogerdale Road Houston, Texas 77042** | 16-33599 | 45-5129989 |
| **C&J Well Services Inc.** | **3990 Rogerdale Road Houston, Texas 77042** | 16-33601 | 20-2535684 |

| DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|
| **ESP Completion Technologies LLC** | **3990 Rogerdale Road Houston, Texas 77042** | 16-33602 | 45-3724615 |
| **KVS Transportation, Inc.** | **3990 Rogerdale Road Houston, Texas 77042** | 16-33603 | 04-5372415 |
| **Mobile Data Technologies Ltd.** | **3990 Rogerdale Road Houston, Texas 77042** | 16-33604 | N/A |
| **Tellus Oilfield Inc.** | **3990 Rogerdale Road Houston, Texas 77042** | 16-33605 | 45-2762657 |
| **Tiger Cased Hole Services Inc.** | **3990 Rogerdale Road Houston, Texas 77042** | 16-33606 | 33-0587783 |
| **Total E&S, Inc.** | **3990 Rogerdale Road Houston, Texas 77042** | 16-33607 | 74-3205351 |

2. All other names used in the last 8 years:  <u>See Rider 1</u>

3. Address: See Chart Above

4. Debtors' attorneys

Stephen Thomas Schwarzbach Jr. (Texas Bar No. 24079288)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
600 Travis Street
Suite 3300
Houston, Texas 77002
Telephone:     (713) 835-3600
Facsimile:      (713) 835-3601
Email:             steve.schwarzbach@kirkland.com

-and-

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C. (*pro hac vice* admission pending)
Chad J. Husnick (*pro hac vice* admission pending)
Emily E. Geier (*pro hac vice* admission pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:             james.sprayregen@kirkland.com
                      marc.kieselstein@kirkland.com
                      chad.husnick@kirkland.com
                      emily.geier@kirkland.com

Bernard Given II (Texas Bar No. 07990180)
Lance Jurich (pro hac vice admission pending)
**LOEB & LOEB LLP**
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, California 90067
Telephone:     (310) 282-2000
Facsimile:      (310) 282-2200
Email:             bgiven@loeb.com
                      ljurich@loeb.com

5.

| **Bankruptcy clerk's office** Documents and proofs of claim in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov and www.donlinrecano.com/cjenergy or via email to cjenergyinfo@donlinrecano.com or via phone call to (866) 296-8019 (toll-free in North America) or (212) 771-1128 (outside North America).  You may sign up for email notices by completing the form at http://www.txs.uscourts.gov/sites/txs/files/CRECFform.pdf | **United States Courthouse** 515 Rusk Street Houston, Texas 77002 | **Hours open:** Monday − Friday 8:00 AM − 5:00 PM **Contact phone:  (713) 250-5500** |

**6.**

| | | |
|---|---|---|
| **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **Time and Date: To Be Determined** <br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** <br> **To Be Determined** |

**7. Proof of claim deadline**

**Deadline for filing proof of claim: Not yet set. If a deadline is set, notice will be sent at a later time.**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form is attached and may be obtained at www.txs.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
- Your claim is designated as *disputed*, *contingent*, or *unliquidated*;
- You file a proof of claim in a different amount; or
- You receive another notice

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at www.txs.uscourts.gov

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**8. Exception to discharge deadline**

| | |
|---|---|
| The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). <br> **Deadline for filing the complaint:  Not Applicable** |

**9. Creditors with a foreign address**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**10. Filing a Chapter 11 bankruptcy case**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.

**11. Discharge of debts**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

**Rider 1**

**Other Names Used in the Last 8 Years**

| Debtor | Other Name(s) |
|---|---|
| **C&J Energy Production Services - Canada Ltd.** | **Nabors Production Services Ltd.** <br> **1834367 Alberta Ltd.** |
| **C&J Energy Services Ltd.** | **Nabors Red Lion Limited** |
| **C&J Spec-Rent Services, Inc.** | **C7J Specialty Services, Inc.** <br> **C&J Well Serving Equipment, LLC** <br> **C&J Merger Sub, Inc.** <br> **Casedhole Holdings Inc.** <br> **C&J Well Services-Completions, LLC** |
| **C&J Well Services, Inc.** | **Superior Well Services, Inc.** <br> **Nabors Completion & Production Services Co.** |
| **Mobile Data Technologies, Ltd.** | **1786478 Alberta Ltd., MDT** |