IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CJ HOLDING CO., *et al.*,[1] | § | Case No. 16-33590 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

**NOTICE OF FILING OF AMENDED LIST OF CREDITORS**

**PLEASE TAKE NOTICE** that on July 20, 2016 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a petition with the Southern District of Texas Bankruptcy Court (the "Court") under title 11 of the United States Code, 11 U.S.C. §§ 101–1532.

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date the Debtors filed a consolidated list of creditors who have the 30 largest unsecured claims.

**PLEASE TAKE FURTHER NOTICE** that at the request of the Court at the July 21, 2016, hearing the Debtors hereby file a consolidated list of creditors who have the 35 largest unsecured claims (the "Amended List of Creditors"), attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Amended List of Creditors, as well as copies of all documents filed in these chapter 11 cases are available free of charge by visiting https://donlinrecano.com/cjenergy or by calling (866) 296-8019 (toll-free in North America) or (212) 771-1128 (outside North America). You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: CJ Holding Co. (4586); Blue Ribbon Technology Inc. (6338); C&J Corporate Services (Bermuda) Ltd.; C&J Energy Production Services-Canada Ltd.; C&J Energy Services, Inc. (3219); C&J Energy Services Ltd.; C&J Spec-Rent Services, Inc. (0712); C&J VLC, LLC (9989); C&J Well Services Inc. (5684); ESP Completion Technologies LLC (4615); KVS Transportation, Inc. (2415); Mobile Data Technologies Ltd.; Tellus Oilfield Inc. (2657); Tiger Cased Hole Services Inc. (7783); and Total E&S, Inc. (5351). The location of the Debtors' service address is 3990 Rogerdale, Houston, Texas 77042.

KE 42490232

Dated: July 21, 2016     /s/ *Stephen Thomas Schwarzbach Jr.*
Stephen Thomas Schwarzbach Jr. (Texas Bar No. 24079288)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
600 Travis Street
Suite 3300
Houston, Texas 77002
Telephone:     (713) 835-3600
Facsimile:      (713) 835-3601
Email:             steve.schwarzbach@kirkland.com

 - and -

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C. (*pro hac vice* admission pending)
Chad J. Husnick (*pro hac vice* admission pending)
Emily E. Geier (*pro hac vice* admission pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:             james.sprayregen@kirkland.com
                      marc.kieselstein@kirkland.com
                      chad.husnick@kirkland.com
                      emily.geier@kirkland.com

 - and -

Bernard Given II (Texas Bar No. 07990180)
Lance Jurich (*pro hac vice* admission pending)
**LOEB & LOEB LLP**
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, California 90067
Telephone:     (310) 282-2000
Facsimile:      (310) 282-2200
Email:             bgiven@loeb.com
                      ljurich@loeb.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

KE 42490232

## Certificate of Service

      I certify that on July 21, 2016, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Stephen Thomas Schwarzbach Jr.*
                                                  One of Counsel

KE 42490232