Transaction Detail

C&J ENERGY STATEMENT 7/22/16

*Bruckner's Since 1932*

| LOCATION | ACCT# | DATE | INV# | PO# | CURRENT | OVER 30 | OVER 60 | OVER 90 | OVER 120 |
|---|---|---|---|---|---|---|---|---|---|
| SAN ANGELO | P131204 | 08/31/2015 | 104363S | NO PO | .0 | .0 | .0 | .0 | 1,580.64 |
| TYE | P131218 | 01/12/2016 | 945902TS | 13635769 | .0 | .0 | .0 | .0 | 4,712.09 |
| AMARILLO | 71960 | 01/26/2016 | 822689AS | 13637354 | .0 | .0 | .0 | .0 | 1,236.75 |
| AMARILLO | 71960 | 02/08/2016 | 822922AS | REFUND | .0 | .0 | .0 | .0 | -789.40 |
| AMARILLO | 71960 | 02/22/2016 | 822923AS | 13639013 | .0 | .0 | .0 | .0 | -1,860.37 |
| AMARILLO | 71960 | 03/03/2016 | 607538A | 43641010 | .0 | .0 | .0 | 256.30 | 0 |
| AMARILLO | 71960 | 03/03/2016 | 607813A | 13641388 | .0 | .0 | .0 | 78.26 | 0 |
| AMARILLO | 23826 | 03/03/2016 | 607814A | 13641387 | .0 | .0 | .0 | 582.08 | .0 |
| AMARILLO | 71960 | 03/04/2016 | CM607538A | 13641010 | .0 | .0 | .0 | -45.83 | .0 |
| AMARILLO | 71960 | 03/07/2016 | CM608725A | 13643006 | .0 | .0 | .0 | -135.10 | .0 |
| AMARILLO | 71960 | 03/07/2016 | 608725A | 13643006 | .0 | .0 | .0 | 388.88 | .0 |
| AMARILLO | 71960 | 03/14/2016 | 609057A | 13643442 | .0 | .0 | .0 | 166.71 | 0 |
| AMARILLO | 71960 | 03/17/2016 | 609353A | 13643889 | .0 | .0 | .0 | 106.75 | 0 |
| SAN ANGELO | 61822 | 03/21/2016 | 17622J | 13640632 | .0 | .0 | .0 | 455.57 | 0 |
| AMARILLO | 71960 | 03/30/2016 | 610015A | 13645068 | .0 | .0 | .0 | 454.56 | 0 |
| AMARILLO | 23826 | 03/30/2016 | 610103A | 13645108 | .0 | .0 | .0 | 225.12 | 0 |
| AMARILLO | 71960 | 04/05/2016 | 610337A | 13645380 | .0 | .0 | 150.04 | .0 | 0 |
| AMARILLO | 71960 | 04/05/2016 | 610845A | 13646068 | .0 | .0 | 93.37 | .0 | 0 |
| AMARILLO | 23826 | 04/05/2016 | 610383A | 13645664 | .0 | .0 | 132.54 | .0 | .0 |
| AMARILLO | 71960 | 04/11/2016 | 611164A | 13646552 | .0 | .0 | 253.78 | .0 | .0 |
| AMARILLO | 71960 | 04/11/2016 | 611166A | 13646551 | .0 | .0 | 218.45 | .0 | .0 |
| AMARILLO | 71960 | 04/11/2016 | 611278A | 13646716 | .0 | .0 | 203.69 | .0 | .0 |
| AMARILLO | 71960 | 04/11/2016 | 610911A | 13646298 | .0 | .0 | 187.71 | .0 | .0 |
| AMARILLO | 23826 | 04/11/2016 | 611015A | 13646639 | .0 | .0 | 82.37 | .0 | .0 |
| TYE | P131218 | 04/11/2016 | 946652TS | 13646279 | .0 | .0 | 1,948.02 | .0 | .0 |
| TYE | 71960 | 04/11/2016 | 946977TS | 13646633 | .0 | .0 | 905.46 | .0 | .0 |
| AMARILLO | 71960 | 04/20/2016 | 611407A | 13646945 | .0 | .0 | 265.69 | .0 | .0 |
| AMARILLO | 71960 | 04/20/2016 | 611483A | 13646944 | .0 | .0 | 116.05 | .0 | .0 |
| AMARILLO | 23826 | 04/20/2016 | 611759A | 13647557 | .0 | .0 | 160.90 | .0 | .0 |



EXHIBIT A

Transaction Detail

| City | Number | Date | Reference | Document | Amt1 | Amt2 | Amt3 | Amt4 |
|---|---|---|---|---|---|---|---|---|
| AMARILLO | 71960 | 04/22/2016 | 611944A | 13647793 | .0 | .0 | 968.81 | .0 |
| AMARILLO | 23826 | 04/22/2016 | 611261A | 13646979 | .0 | .0 | 175.71 | .0 |
| AMARILLO | 23826 | 04/22/2016 | 611937A | 13647805 | .0 | .0 | 198.73 | .0 |
| AMARILLO | 44620 | 04/28/2016 | 40530R | 13647806 | .0 | .0 | 1,056.86 | .0 |
| BRIDGEPORT | 44620 | 04/28/2016 | 40531R | 13647767 | .0 | .0 | 1,116.83 | .0 |
| BRIDGEPORT | P131201 | 05/02/2016 | 50611VL2 | 13646654 | .0 | 1,035.74 | .0 | .0 |
| ODESSA | P131201 | 05/02/2016 | 5062SVL2 | 13648756 | .0 | 1,028.78 | .0 | .0 |
| ODESSA | P131201 | 05/02/2016 | 481483C | 13648909 | .0 | 1,364.50 | .0 | .0 |
| OKC | 71963 | 05/02/2016 | 4342S8H | 13648772 | .0 | 705.54 | .0 | .0 |
| HOBBS | H131206 | 05/04/2016 | 4342213H | 13649224 | .0 | 371.04 | .0 | .0 |
| HOBBS | P137510 | 05/05/2016 | 37810HS | 13649125 | .0 | 1,945.39 | .0 | .0 |
| AMARILLO | 71960 | 05/06/2016 | 611584A | 13648071 | .0 | 439.83 | .0 | .0 |
| AMARILLO | 71960 | 05/06/2016 | 612291A | 13648439 | .0 | 129.85 | .0 | .0 |
| AMARILLO | 71960 | 05/06/2016 | 612351A | 13648438 | .0 | 103.81 | .0 | .0 |
| AMARILLO | 71960 | 05/06/2016 | 612847A | 13649187 | .0 | 126.89 | .0 | .0 |
| HOBBS | H131255 | 05/09/2016 | 434392H | 13649684 | .0 | 190.99 | .0 | .0 |
| HOBBS | H131206 | 05/09/2016 | 433830H | 14131563 | .0 | 876.42 | .0 | .0 |
| HOBBS | P131218 | 05/09/2016 | 5064SVL2 | 13649751 | .0 | 719.16 | .0 | .0 |
| ODESSA | P131204 | 05/09/2016 | 520318P | 13649836 | .0 | 518.42 | .0 | .0 |
| BRIDGEPORT | 44620 | 05/10/2016 | 40567R | 13648911 | .0 | 875.89 | .0 | .0 |
| HOBBS | H131206 | 05/10/2016 | 434450H | 13650006 | .0 | 88.97 | .0 | .0 |
| HOBBS | H131206 | 05/10/2016 | 434451H | 13649899 | .0 | 232.50 | .0 | .0 |
| SAN ANGELO | 61822 | 05/10/2016 | 18661J | 13648166 | .0 | 485.59 | .0 | .0 |
| HOBBS | H131206 | 05/11/2016 | 434411H | 13648227 | .0 | 618.95 | .0 | .0 |
| OKC | 71963 | 05/11/2016 | REFUND | | .0 | -455.0 | .0 | .0 |
| HOBBS | P137510 | 05/12/2016 | CM481483CA | | .0 | 1,207.05 | .0 | .0 |
| HOBBS | P137510 | 05/12/2016 | 37815HS | 13650091 | .0 | 828.45 | .0 | .0 |
| TYE | P131209 | 05/12/2016 | 1052199T | 13649797 | .0 | 171.21 | .0 | .0 |
| AMARILLO | 71960 | 05/13/2016 | 613137A | 13650034 | .0 | 165.43 | .0 | .0 |
| AMARILLO | 71960 | 05/13/2016 | 613440A | 13650239 | .0 | 267.52 | .0 | .0 |
| HOBBS | H131206 | 05/13/2016 | 434357H | 13649773 | .0 | 448.01 | .0 | .0 |
| HOBBS | H131206 | 05/13/2016 | 434402H | 13650360 | .0 | 201.13 | .0 | .0 |
| AMARILLO | 23826 | 05/13/2016 | 613096A | 13649682 | .0 | 2,369.07 | .0 | .0 |
| AMARILLO | 23826 | 05/13/2016 | 613375A | 13650023 | .0 | 209.21 | .0 | .0 |
| AMARILLO | 71960 | 05/16/2016 | 613429A | 13650033 | .0 | | .0 | .0 |

Transaction Detail

| Location | Code | Date | Reference | Invoice | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ODESSA | P131218 | 05/16/2016 | 5065SVL2 | 13650411 | .0 | 298.40 | .0 | .0 | .0 |
| HOBBS | H131206 | 05/17/2016 | 434728H | 13650368 | .0 | 314.93 | .0 | .0 | .0 |
| HOBBS | H131206 | 05/17/2016 | 434720H | 13650359 | .0 | 222.90 | .0 | .0 | .0 |
| AMARILLO | 71963 | 05/17/2016 | 824193AS | 13648472 | .0 | 830.65 | .0 | .0 | .0 |
| ODESSA | P131218 | 05/18/2016 | 5067OVL2 | 13650764 | .0 | 80.42 | .0 | .0 | .0 |
| AMARILLO | 71960 | 05/19/2016 | 61395PA | 13650836 | .0 | 474.65 | .0 | .0 | .0 |
| ODESSA | P137500 | 05/19/2016 | 521454P | 13650100 | .0 | 682.13 | .0 | .0 | .0 |
| TYE | P131209 | 05/19/2016 | 5068VL2 | 13650382 | .0 | 1,437.97 | .0 | .0 | .0 |
| ODESSA | P131201 | 05/20/2016 | 50658VL2 | 13650684 | .0 | 1,084.36 | .0 | .0 | .0 |
| TYE | P131218 | 05/20/2016 | 94693GTS | 13650399 | .0 | 3,898.70 | .0 | .0 | .0 |
| TYE | P131218 | 05/20/2016 | 94694OTS | 13650393 | .0 | 3,314.73 | .0 | .0 | .0 |
| HOBBS | H131206 | 05/23/2016 | 43492OH | 13651077 | .0 | 910.73 | .0 | .0 | .0 |
| HOBBS | H131206 | 05/24/2016 | 435012H | 13651296 | .0 | 507.70 | .0 | .0 | .0 |
| ODESSA | 91345 | 05/25/2016 | 521860P | 13651569 | .0 | 1,369.44 | .0 | .0 | .0 |
| ODESSA | P131204 | 05/25/2016 | 5068AVL2 | 13651430 | .0 | 1,333.69 | .0 | .0 | .0 |
| TYE | P131209 | 05/25/2016 | 1052485T | 13651226 | .0 | 1,129.60 | .0 | .0 | .0 |
| AMARILLO | 71960 | 05/26/2016 | 61435IA | 13651508 | .0 | 847.28 | .0 | .0 | .0 |
| AMARILLO | P137510 | 05/26/2016 | 82480IAS | 13649681 | .0 | 294.25 | .0 | .0 | .0 |
| AMARILLO | 23826 | 05/26/2016 | 614128A | 13651034 | .0 | 819.32 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 05/27/2016 | 40569R | 13650440 | .0 | 1,688.64 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 05/27/2016 | 40715R | 13650437 | .0 | 1,542.96 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 05/27/2016 | 40868R | 13650443 | .0 | 162.07 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 05/27/2016 | 40869R | 13650436 | .0 | 1,172.46 | .0 | .0 | .0 |
| HOBBS | H131206 | 06/01/2016 | 434580H | 13650507 | .0 | 774.01 | .0 | .0 | .0 |
| HOBBS | H131206 | 06/01/2016 | 435227H | 13651960 | .0 | 441.07 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 06/02/2016 | 40568R | 13651909 | .0 | 444.97 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 06/02/2016 | 40734R | 13651910 | 2,181.32 | | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 06/02/2016 | 40819R | 13651911 | .0 | 514.21 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 06/02/2016 | 40924R | 13651908 | .0 | 143.60 | .0 | .0 | .0 |
| ODESSA | P131201 | 06/02/2016 | 521452P | 13651480 | .0 | 693.04 | .0 | .0 | .0 |
| ODESSA | P131218 | 06/02/2016 | 5069SVL2 | 13652195 | .0 | 603.76 | .0 | .0 | .0 |
| TYE | P131209 | 06/02/2016 | 1052576T | 13651443 | .0 | 274.51 | .0 | .0 | .0 |
| HOBBS | H131206 | 06/08/2016 | 4355233H | 13652515 | .0 | 430.94 | .0 | .0 | .0 |
| ODESSA | P131218 | 06/08/2016 | 5072ZVL2 | 13652808 | .0 | 336.80 | .0 | .0 | .0 |

Transaction Detail

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ODESSA | P131218 | 06/08/2016 | 5072BVL2 | 13644654 | 194.49 | .0 | .0 | .0 | .0 |
| TYE | P131209 | 06/08/2016 | 1052740T | 13652583 | 815.47 | .0 | .0 | .0 | .0 |
| HOBBS | H131206 | 06/10/2016 | 434627H | 13650859 | 592.60 | .0 | .0 | .0 | .0 |
| ODESSA | P139750 | 06/13/2016 | 522593P | 13650884 | 477.49 | .0 | .0 | .0 | .0 |
| ODESSA | P131218 | 06/13/2016 | 522989P | 13653163 | 1,720.93 | .0 | .0 | .0 | .0 |
| TYE | P131209 | 06/13/2016 | 1052782T | 13652695 | 3,066.74 | .0 | .0 | .0 | .0 |
| ENID | 71960 | 06/14/2016 | 26000054 | 13652591 | 396.32 | .0 | .0 | .0 | .0 |
| ENID | 71960 | 06/14/2016 | 26000296 | 13652590 | 886.06 | .0 | .0 | .0 | .0 |
| ENID | 71960 | 06/14/2016 | 26000399 | 13653008 | 318.46 | .0 | .0 | .0 | .0 |
| ODESSA | P131201 | 06/14/2016 | 5070IVL2 | 13653171 | 862.61 | .0 | .0 | .0 | .0 |
| HOBBS | H131206 | 06/15/2016 | 43581SH | 13653456 | 141.83 | .0 | .0 | .0 | .0 |
| AMARILLO | 71960 | 06/16/2016 | CM605098A | 13636922 | -150.17 | .0 | .0 | .0 | .0 |
| AMARILLO | 71960 | 06/16/2016 | CM605484A | 13637882 | -18.45 | .0 | .0 | .0 | .0 |
| HOBBS | H131206 | 06/16/2016 | 43589GH | 13653712 | 149.43 | .0 | .0 | .0 | .0 |
| ODESSA | P131201 | 06/17/2016 | 50729VL2 | 13653369 | 662.62 | .0 | .0 | .0 | .0 |
| ODESSA | P131218 | 06/17/2016 | 523382P | 13653713 | 272.85 | .0 | .0 | .0 | .0 |
| TYE | P131209 | 06/18/2016 | CM1052782T | 13652695 | -844.35 | .0 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 06/20/2016 | 41121R | 13654411 | 2,045.44 | .0 | .0 | .0 | .0 |
| ODESSA | P131201 | 06/21/2016 | 50746VL2 | 13653948 | 794.63 | .0 | .0 | .0 | .0 |
| HOBBS | P137510 | 06/21/2016 | 37688HS | 13650628 | 3,695.89 | .0 | .0 | .0 | .0 |
| ODESSA | P131218 | 06/21/2016 | 50753VL2 | 13653952 | 1,295.64 | .0 | .0 | .0 | .0 |
| ODESSA | P131218 | 06/21/2016 | 50754VL2 | 13653953 | 1,127.65 | .0 | .0 | .0 | .0 |
| ODESSA | P131218 | 06/21/2016 | 5238I8P | 13654116 | 616.17 | .0 | .0 | .0 | .0 |
| TYE | P131204 | 06/21/2016 | 1053082T | 13653872 | 199.01 | .0 | .0 | .0 | .0 |
| TYE | P131209 | 06/21/2016 | 1052919T | 13653580 | 411.08 | .0 | .0 | .0 | .0 |
| HOBBS | H131206 | 06/22/2016 | 435821H | 13653459 | 1,209.37 | .0 | .0 | .0 | .0 |
| AMARILLO | 71960 | 06/23/2016 | 616653A | 13653795 | 2,758.50 | .0 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 06/23/2016 | 40857R | 13654408 | 1,112.61 | .0 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 06/23/2016 | 40925R | 13654409 | 1,220.29 | .0 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 06/23/2016 | 40995R | 13654412 | 2,890.66 | .0 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 06/23/2016 | 41025R | 13654309 | 1,327.03 | .0 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 06/23/2016 | 41123R | 13654306 | 2,615.45 | .0 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 06/23/2016 | 41125R | 13654410 | 1,132.42 | .0 | .0 | .0 | .0 |
| HOBBS | H131206 | 06/23/2016 | 43538BH | 13654351 | 736.07 | .0 | .0 | .0 | .0 |

Transaction Detail

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOBBS | H131206 | 06/23/2016 | 435879H | 13654357 | 483.43 | .0 | .0 | .0 | .0 | .0 |
| ODESSA | P131218 | 06/23/2016 | 524044P | 13654413 | 330.76 | .0 | .0 | .0 | .0 | .0 |
| TYE | P131218 | 06/23/2016 | 1053260T | 13654273 | 2,228.20 | .0 | .0 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 06/24/2016 | 41186R | 13654705 | 966.45 | .0 | .0 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 06/24/2016 | 41187R | 13654768 | 7,147.17 | .0 | .0 | .0 | .0 | .0 |
| HOBBS | H131206 | 06/24/2016 | 436210H | 13654546 | 882.66 | .0 | .0 | .0 | .0 | .0 |
| TYE | P131218 | 06/24/2016 | 1053341T | 13654612 | 256.82 | .0 | .0 | .0 | .0 | .0 |
| HOBBS | H131206 | 06/27/2016 | CM435821H | 13653459 | -416.57 | .0 | .0 | .0 | .0 | .0 |
| AMARILLO | 23826 | 06/27/2016 | 609423A | 13640157 | 199.96 | .0 | .0 | .0 | .0 | .0 |
| AMARILLO | 23826 | 06/27/2016 | 614669A | 13651754 | 23.38 | .0 | .0 | .0 | .0 | .0 |
| TYE | P131218 | 06/27/2016 | 1053373T | 13654757 | 888.29 | .0 | .0 | .0 | .0 | .0 |
| ODESSA | P131201 | 06/29/2016 | 523528P | 13653947 | 521.14 | .0 | .0 | .0 | .0 | .0 |
| TYE | P131218 | 06/29/2016 | 94725BTS | 13655138 | 1,105.28 | .0 | .0 | .0 | .0 | .0 |
| TYE | P131218 | 06/29/2016 | 94726TS | 13655140 | 273.92 | .0 | .0 | .0 | .0 | .0 |
| TYE | P131209 | 06/29/2016 | 1053083T | 13654050 | 1,348.75 | .0 | .0 | .0 | .0 | .0 |
| BRIDGEPORT | 44620 | 06/30/2016 | 41262R | NO PO | 1,704.40 | .0 | .0 | .0 | .0 | .0 |
| ODESSA | P137495 | 06/30/2016 | 524500P | 13653149 | 1,437.41 | .0 | .0 | .0 | .0 | .0 |
| TYE | P131209 | 06/30/2016 | 1053296T | 13654920 | 2,050.86 | .0 | .0 | .0 | .0 | .0 |
| END | 71960 | 07/01/2016 | 26001075 | NO PO | 40.14 | .0 | .0 | .0 | .0 | .0 |
| ODESSA | P131218 | 07/01/2016 | 524630P | 13655347 | 315.65 | .0 | .0 | .0 | .0 | .0 |
| TYE | P131218 | 07/01/2016 | 1053530T | 13655137 | 85.69 | .0 | .0 | .0 | .0 | .0 |
| TYE | P131218 | 07/01/2016 | 1053550T | 13655343 | 970.56 | .0 | .0 | .0 | .0 | .0 |
| AMARILLO | 71960 | 07/05/2016 | 617597A | 13655465 | 451.25 | .0 | .0 | .0 | .0 | .0 |
| HOBBS | H131206 | 07/05/2016 | 436557H | 13655462 | 653.07 | .0 | .0 | .0 | .0 | .0 |
| END | 71960 | 07/06/2016 | 26001105 | 13655494 | 640.25 | .0 | .0 | .0 | .0 | .0 |
| HOBBS | H131206 | 07/06/2016 | CM436557H | REFUND | -124.97 | .0 | .0 | .0 | .0 | .0 |
| HOBBS | P137510 | 07/07/2016 | 38011HS | 13655119 | 1,555.56 | .0 | .0 | .0 | .0 | .0 |
| END | 71960 | 07/11/2016 | 26001277 | NO PO | 27.84 | .0 | .0 | .0 | .0 | .0 |
| ODESSA | P131201 | 07/11/2016 | 524415P | 13655218 | 283.76 | .0 | .0 | .0 | .0 | .0 |
| SAN ANGELO | 61822 | 07/12/2016 | 19330J | 13656161 | 748.51 | .0 | .0 | .0 | .0 | .0 |
| AMARILLO | 71960 | 07/12/2016 | 618114A | 13656189 | 298.68 | .0 | .0 | .0 | .0 | .0 |
| HOBBS | H131206 | 07/12/2016 | 436866H | 13656277 | 668.99 | .0 | .0 | .0 | .0 | .0 |
| HOBBS | H131206 | 07/12/2016 | 436868H | 13656291 | 1,163.90 | .0 | .0 | .0 | .0 | .0 |
| HOBBS | H131206 | 07/12/2016 | 436873H | 13656292 | 862.77 | .0 | .0 | .0 | .0 | .0 |

Transaction Detail

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYE | P131218 | 07/15/2016 | CM10535501 | REFUND | -70.36 | .0 | .0 | .0 | .0 |
| TYE | P131218 | 07/12/2016 | 1053718T | 13656163 | 105.39 | .0 | .0 | .0 | .0 |
| TYE | P131218 | 07/12/2016 | 1053758T | 13656310 | 50.81 | .0 | .0 | .0 | .0 |
| ODESSA | P131217 | 07/13/2016 | 52545P | 13655763 | 63.69 | .0 | .0 | .0 | .0 |
| AMARILLO | 23826 | 07/14/2016 | 618280A | 13656582 | 922.24 | .0 | .0 | .0 | .0 |
| TYE | P131218 | 07/14/2016 | 1053811T | 13656309 | 50.81 | .0 | .0 | .0 | .0 |
| TYE | P131218 | 07/14/2016 | 1053770T | 13656179 | 207.25 | .0 | .0 | .0 | .0 |
| AMARILLO | 71960 | 07/18/2016 | CM618114A | REFUND | -94.99 | .0 | .0 | .0 | .0 |
| ODESSA | P131217 | 07/18/2016 | 52571OP | 13655763 | 57.25 | .0 | .0 | .0 | .0 |
| AMARILLO | 23826 | 07/18/2016 | CM618280A | REFUND | -422.18 | .0 | .0 | .0 | .0 |
| TYE | P131218 | 07/15/2016 | 94736ITS | 13656574 | 5,473.48 | .0 | .0 | .0 | .0 |
| TYE | P131209 | 07/18/2016 | 1053446T | 13656475 | 555.90 | .0 | .0 | .0 | .0 |
| TYE | P131209 | 07/18/2016 | 1053704T | 13656320 | 1,619.16 | .0 | .0 | .0 | .0 |
| HOBBS | H131206 | 07/22/2016 | 436440H | 13656274 | 483.43 | .0 | .0 | .0 | .0 |

TOTAL   141,703.99

| 80,646.91 | 41,688.32 | 8,235.01 | 2,533.30 | 8,600.45 |
|---|---|---|---|---|



# BRUCKNER TRUCK SALES, INC.
## BRIDGEPORT DIVISION

401 13th St., Bldg B
Bridgeport, TX 76426
(940) 683-1056
(866) 542-4462

**Remit Payments to:**
Corporate Billing LLC
Dept. 959 P.O. Box 1000
Memphis, TN 38148-0959

41262R

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 401 13th St, Bridgeport, Wise County Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 30 JUN 16 | # | 30 JUN 16 | 30 JUN 16 | 41262R |

SOLD TO:

ACCOUNT NO. 44620

C&J ENERGY SERVICES INC - CRES
FKA NABORS COMPLETION & PROD S
12890 CLEBURNE HWY
CRESSON, TX 76035-3128

SHIP TO:

PAGE 1 OF 1

| SHIP VIA | SLSM. 1874 | B/L NO. | TERMS CHARGE BRUCKNERS | F.O.B. POINT BRIDGEPORT, TX |
|---|---|---|---|---|

| ORD | QUANTITY SHP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 4 | 4 | 0 | 3398*AS1141* | SLACK AD 04D | 212.57 | 75.02 | 300.08 |
| 3 | 3 | 0 | 25174629 | SURGE TA R3B | 110.31 | 76.67 | 230.01 |
| 3 | 3 | 0 | 800*6201089001* | FOAM,SEA R4A | 49.69 | 31.85 | 95.55 |
| 3 | 3 | 0 | 800*6235122B81* | COVER,SE SPL | 93.71 | 60.07 | 180.21 |
| 5 | 5 | 0 | 25173793 | SWITCH, V1H | 103.33 | 71.81 | 359.05 |
| 1 | 1 | 0 | 25159632 | VALVE,AI SPL | 296.49 | 206.06 | 206.06 |
| 5 | 5 | 0 | 25174715 | SENSOR, V1H | 24.54 | 17.06 | 85.30 |
| 2 | 2 | 0 | 745*277215N* | PRESS RE SPL | 126.05 | 59.12 | 118.24 |

***** NO CREDIT ON OPEN KITS *****

CUSTOMER'S SIGNATURE
X

| | |
|---|---|
| PARTS | 1,574.50 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 129.90 |
| **TOTAL** | **$1,704.40** |

DAILY RENTAL UNITS

CUSTOMER COPY



# BRUCKNER TRUCK SALES, INC.
## ODESSA DIVISION

2441 E. I-20
Odessa, Texas 79766
(432) 580-7571
(800) 382-6225

10:04

524500P

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 2441 E I 20, Odessa, Ector County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 30 JUN 16 | 13653149 | 30 JUN 16 | 30 JUN 16 | 524500P | 10:04 |

SOLD TO

ACCOUNT NO. P137495

C&J ENERGY SERVICES INC - PECO
FKA NABORS COMPLETION & PROD S
PO BOX 1190
MONAHANS, TX 79756-0967

SHIP TO

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| | 827 | 13653149 | CHG BRUCKNERS | ODESSA, TX |

| ORD | QUANTITY SHP | B/O | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 142 | 21577511 | PUMP UNIT | 1838.20 | 1277.55 | 1,277.55 |
| | | | CORE DEPOSIT | | | 715.00 | 715.00 |
| -1 | -1 | 142 | 21577511 | CORE RETUR | 1838.20 | 715.00 | -715.00 |
| 1 | 1 | 196 | 22406383 | KIT | 33.20 | 23.07 | 23.07 |
| 1 | 1 | 504 | 85144425 | KIT | 68.75 | 42.76 | 42.76 |
| Serial#: | | | Tag#: | | STD | No Deduction | |

PR 14134946
PO 13653149
UNIT 94-0762

BATTERY FEE 12V      0.00
TEXAS TAX ODESS     94.03

**** NEW PARTS DEPARTMENT HOURS ****
7:30 AM - 5:30 PM, MONDAY THRU FRIDAY
8:00 AM - 12:00 PM, SATURDAY
CLOSED SUNDAY
**** NO CREDIT ON OPEN KITS ******

CUSTOMER'S SIGNATURE
X

| | |
|---|---|
| PARTS | 1,343.38 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 94.03 |
| **TOTAL** | **$1,437.41** |

DAILY RENTAL UNITS

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - P3C1 - IMAGING

CUSTOMER



# BRUCKNER TRUCK SALES, INC.
## ABILENE DIVISION

P.O. Box 397
Tye, Texas 79563
1002 South Access Rd. I-20
(325) 692-8400
(800) 588-8782

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

1053296T

### DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 1002 S. Access Rd I -20, Tye, Taylor County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 23 JUN 16 | 13654920 | 30 JUN 16 | 30 JUN 16 | 1053296T | 08:28 |

**SOLD TO:**
ACCOUNT NO. P131209

**SHIP TO:**

PAGE 1 OF 2

C&J ENERGY SERVICES INC- SONOR
FKA NABORS COMPLETION & PROD S
1810 S HWY 277
SONORA, TX 76950

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| ERIC | 988 | | CHG BRUCKNERS | TYE, TX |

| QUANTITY ORD | QUANTITY SHP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 8 | 8 | 0 | 25633189 | SEAL | 3.53 | 2.45 | 19.60 |
| 4 | 4 | 0 | 25100042 | ELEM XX01 | 100.10 | 55.06 | 220.24 |
| 5 | 5 | 0 | 25502421 | PRIM S11 | 13.62 | 9.26 | 46.30 |
| | | | Part number | 25502421 | replaces | 483GB47 | |
| 5 | 5 | 0 | 25100073 | FILT S11 | 17.17 | 11.68 | 58.40 |
| 6 | 6 | 0 | 21075041 | ROTO S05 | 30.50 | 18.97 | 113.82 |
| | | | Part number | 21075041 | replaces | 57GC223 | |
| 1 | 1 | 0 | STMMK42106S | 1.5X HH35 | 144.65 | 66.11 | 66.11 |
| 4 | 4 | 0 | STM3730143 | OIL  13V2 | 52.63 | 24.05 | 96.20 |
| 1 | 1 | 0 | 25099732 | HOSE 11V1 | 54.74 | 38.04 | 38.04 |
| 16 | 16 | 0 | 8084010 | SPAC 4V5 | 2.68 | 1.81 | 28.96 |
| 2 | 2 | 0 | 25168255 | TORQ II34 | 280.38 | 190.10 | 380.20 |
| 4 | 4 | 0 | 25156601 | CLIP II58 | 25.65 | 17.39 | 69.56 |
| 8 | 8 | 0 | 25098611 | NUT  3V5 | 5.45 | 4.55 | 36.40 |
| 8 | 8 | 0 | 4000*22962002* | WASH 4V3 | 0.49 | 0.36 | 2.88 |
| 1 | 1 | 0 | 82178435 | GLAS | 277.43 | 192.81 | 192.81 |
| 10 | 10 | 0 | 3398*W1324* | BOLT 1V18 | 11.89 | 5.21 | 52.10 |
| 10 | 10 | 0 | 21807998 | WHEE 3V6 | 6.33 | 4.84 | 48.40 |
| 2 | 2 | 0 | 85104768 | WHEE | 291.30 | 189.64 | 379.28 |
| | | | FREIGHT | 45.25 | | | |

| | |
|---|---|
| PARTS | |
| SUBLET | |
| FREIGHT | |
| SALES TAX / FEES | |

**CUSTOMER'S SIGNATURE**
X

| TOTAL | |
|---|---|

MACK
MITSUBISHI FUSO
EAT·N
Eaton Fuller Transmissions
MACK LEASING SYSTEM
DAILY RENTAL UNITS

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - P3C1 - IMAGING

**CUSTOMER COPY**



# BRUCKNER TRUCK SALES, INC.
## ABILENE DIVISION

P.O. Box 397
Tye, Texas 79563
1002 South Access Rd. I-20
(325) 692-8400
(800) 588-8782

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

1053296T

### DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 1002 S. Access Rd I -20, Tye, Taylor County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | | |
|---|---|---|---|---|---|---|
| 23 JUN 16 | 13654920 | 30 JUN 16 | 30 JUN 16 | | 1053296T | 08:28 |

SOLD TO:
ACCOUNT NO. P131209

SHIP TO:
PAGE 2 OF 2

C&J ENERGY SERVICES INC- SONOR
FKA NABORS COMPLETION & PROD S
1810 S HWY 277
SONORA, TX 76950

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| ERIC | 988 | | CHG BRUCKNERS | TYE, TX |

| QUANTITY ORD | QUANTITY SHP | P.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | TEXAS BATT FEE TYE | 0.00 | | | |
| | | | TEXAS TAX TYE | 156.31 | | | |

DUE TO SUPPLIER RESTRICTIONS
NO CREDIT WILL BE ISSUED ON
CORES OVER 120 DAYS OLD

***** NO CREDIT ON OPEN KITS *******

CUSTOMER'S SIGNATURE
X

| | |
|---|---|
| PARTS | 1,849.30 |
| SUBLET | |
| FREIGHT | 45.25 |
| SALES TAX / FEES | 156.31 |
| **TOTAL** | **$2,050.86** |

DAILY RENTAL UNITS

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - PGC1 - IMAGING

CUSTOMER COPY

1053296T





# BRUCKNER TRUCK SALES, INC.
## ENID DIVISION

5913 E. Owen K. Garriott Road
Enid, OK 73701
(580) 234-0043
(800) 375-6225

**Remit Payments to:**
Corporate Billing LLC
Dept. 959 P.O. Box 1000
Memphis, TN 38148-0959

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 5913 E. Owen K. Garriot Road, Enid, Garfield County, OK
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 01 JUL 16 | .. | 01 JUL 16 | 01 JUL 16 | 26001075 |

**SOLD TO**

ACCOUNT NO. 71960

C & J ENERGY SERVICES INC
17205 HWY 152
SWEETWATER, OK 73666

**SHIP TO**

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| | 2950 | | ENID TRUCK CTR BRU | ENID OK |

| ORD | QUANTITY SHP | BO | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 6 | 6 | 0 | 1675066 | SEALIN 107 | 4.54 | 2.38 | 14.28 |
| 1 | 1 | 0 | 21707135 | OIL FI 276 | 35.85 | 22.77 | 22.77 |
| | | | OK TAX - ENID (GARFI | 3.09 | | | |

We are now Bruckner Truck Sales!!
Same great service
Same great staff!!
No core returns beyond 120 days, no
returns on open kits or special order

CUSTOMER'S SIGNATURE
X

| PARTS | 37.05 |
|---|---|
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 3.09 |
| **TOTAL** | **$40.14** |

**NationaLease**

**Bruckner Leasing**

Copyright 2014 CDK Global, LLC  PARTS INVOICE 1UP - PI3C1 - IMAGING

**CUSTOMER COPY**



# BRUCKNER TRUCK SALES, INC.
## ODESSA DIVISION

2441 E. I-20
Odessa, Texas 79766
(432) 580-7571
(800) 382-6225

12:00

524630P

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

**DISCLAIMER OF WARRANTIES**

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 2441 E I 20, Odessa, Ector County, Texas.
There will be a service charge of .833%/ month on past due accounts.

**RETURN POLICY**
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 01 JUL 16 | 13655347 | 01 JUL 16 | 01 JUL 16 | 524630P | 12:00 |

S
O   ACCOUNT NO. P131218
L
D   C&J ENERGY SERVICES INC - SNYD
T   FKA NABORS COMPLETION & PROD S
O   PO BOX 889
    SNYDER, TX 79550-0889

S
H
I
P
T
O

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| | 813 | 13655347 | CHG BRUCKNERS | ODESSA, TX |

| ORD | QUANTITY SHP BO | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 2 | 2162 | 20975430 | SUPPORT | 212.23 | 147.50 | 295.00 |
| | | ORDERED BY JEFF FOR | | | | |
| | | CV713/066544 | | | | |
| | | BATTERY FEE 12V | 0.00 | | | |
| | | TEXAS TAX ODESS | 20.65 | | | |

```
**** NEW PARTS DEPARTMENT HOURS ****
7:30 AM - 5:30 PM, MONDAY THRU FRIDAY
8:00 AM - 12:00 PM, SATURDAY
CLOSED SUNDAY
**** NO CREDIT ON OPEN KITS ******
```

| | AMOUNT |
|---|---|
| PARTS | 295.00 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 20.65 |
| TOTAL | $315.65 |

CUSTOMER'S SIGNATURE
X

DAILY RENTAL UNITS

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - P13C1 - IMAGING

**CUSTOMER**



# BRUCKNER TRUCK SALES, INC.
## ABILENE DIVISION

P.O. Box 397
Tye, Texas 79563
1002 South Access Rd. I-20
(325) 692-8400
(800) 588-8782

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

1053530T

### DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 1002 S. Access Rd I -20, Tye, Taylor County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | | |
|---|---|---|---|---|---|---|
| 01 JUL 16 | 13655137 | 01 JUL 16 | 01 JUL 16 | 1053530T | 09:33 | |

SOLD TO

ACCOUNT NO. P131218

SHIP TO

PAGE 1 OF 1

C&J ENERGY SERVICES INC - SNYD
FKA NABORS COMPLETION & PROD S
PO BOX 889
SNYDER, TX 79550-0889

| SHIP VIA | SLSM. 1441 | B/L NO. | TERMS CHG BRUCKNERS | F.O.B. POINT TYE, TX |
|---|---|---|---|---|

| ORD QUANTITY SHP BO | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|
| 4  4  0 | 20706502 | STUD 18V1 | 11.69 | 8.12 | 32.48 |
| 2  2  0 | 25099934 | STUD 18V2 | 26.88 | 18.68 | 37.36 |
| 2  2  0 | 20576436 | NUT  3V3 | 6.10 | 4.66 | 9.32 |
| | PO #13655137 | | | | |
| | TEXAS BATT FEE TYE | 0.00 | | | |
| | TEXAS TAX TYE | 6.53 | | | |

MACK

MITSUBISHI
FUSO

EAT•N
Eaton Fuller
Transmissions

MACK
LEASING SYSTEM

DAILY RENTAL
UNITS

DUE TO SUPPLIER RESTRICTIONS
NO CREDIT WILL BE ISSUED ON
CORES OVER 120 DAYS OLD

***** NO CREDIT ON OPEN KITS *******

**CUSTOMER'S SIGNATURE**
X

| PARTS | 79.16 |
|---|---|
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 6.53 |
| **TOTAL** | **$85.69** |

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - P3C1 - IMAGING

**CUSTOMER COPY**

1053530T



# BRUCKNER TRUCK SALES, INC.
## ABILENE DIVISION

P.O. Box 397
Tye, Texas 79563
1002 South Access Rd. I-20
(325) 692-8400
(800) 588-8782

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

1053550T

### DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 1002 S. Access Rd I -20, Tye, Taylor County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | | |
|---|---|---|---|---|---|---|
| 01 JUL 16 | 13655343 | 01 JUL 16 | 01 JUL 16 | | 1053550T | 14:36 |

SOLD TO:

ACCOUNT NO. P131218

C&J ENERGY SERVICES INC - SNYD
FKA NABORS COMPLETION & PROD S
PO BOX 889
SNYDER, TX 79550-0889

SHIP TO:

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| | 2506 | | CHG BRUCKNERS | TYE, TX |

| ORD | QUANTITY SHIP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 736GB419M2X | REMA 5V8 | 265.64 | 184.62 | 184.62 |
| | | | CORE DEPOSIT | | | 65.00 | 65.00 |
| | | | INJ. NOZZLE | | | | |
| | | | UNIT #9436970 | | | | |
| | | | INJ. NOZZLE | | | | |
| | | | UNIT #9436970 | | | | |
| 6 | 6 | 0 | 21088818 | FUEL N17 | 136.30 | 94.73 | 568.38 |
| | | | FUEL LINE | | | | |
| | | | UNIT #9436970 | | | | |
| 4 | 4 | 0 | 21937331 | COOL S09 | 18.13 | 11.28 | 45.12 |
| | | | STOCK | | | | |
| 2 | 2 | 0 | 25503228 | ROTO S13 | 26.92 | 16.74 | 33.48 |
| | | | STOCK | | | | |
| | | | PO#13655343 | | | | |
| | | | TEXAS BATT FEE TYE | 0.00 | | | |
| | | | TEXAS TAX TYE | 73.96 | | | |

DUE TO SUPPLIER RESTRICTIONS
NO CREDIT WILL BE ISSUED ON
CORES OVER 120 DAYS OLD

***** NO CREDIT ON OPEN KITS *******

CUSTOMER'S SIGNATURE

X

| PARTS | 896.60 |
|---|---|
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 73.96 |
| TOTAL | $970.56 |

DAILY RENTAL UNITS

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - PGC1 - IMAGING

**CUSTOMER COPY**

1053550T



# BRUCKNER TRUCK SALES, INC.
## AMARILLO DIVISION

P.O. Box 31958
Amarillo, Texas 79120
9471 I 40 East
(806) 376-6273
(800) 876-6225

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

15:08

617597A

**DISCLAIMER OF WARRANTIES**

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 9471 I 40 East, Amarillo, Potter County, Texas.
There will be a service charge of .833%/ month on past due accounts.

**RETURN POLICY**
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 05 JUL 16 | 13655465 | 05 JUL 16 | 05 JUL 16 | 617597A |

**SOLD TO**
ACCOUNT NO. 71960

NABORS COMPLETION & PRODUCTION
17205 HWY 152
NORMAN, AR 71960

**SHIP TO**
PAGE 1 OF 1

NABORS COMPLETETION & PRODUCTI
HWY 152 & HWY 30
SWEETWATER, OK 73666

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| JH | 2000 | | CHARGE BRUCKNERS | AMARILLO TX |

| QUANTITY ORD | QUANTITY SHPD | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 22181342 94-0420 | PRESSURE S | CAB27C | 103.57 | 103.57 |
| 2 | 2 | 0 | 85143714 94-0420 | O-RING | GB3A | 5.30 | 10.60 |
| 3 | 3 | 0 | 85114535 stock | FILTER KIT | UB06A | 100.90 | 302.70 |
| | | | * | | | | |
| | | | * | | | | |
| | | | BATTERY FEE 12V AMA | | | 0.00 | |
| | | | TEXAS TAX AMA | | | 34.38 | |

```
********NOTICE********
CORES MUST BE RECEIVED
....WITHIN 60 DAYS....
FOR CREDIT TO BE ISSUED
***** NO CREDIT ON OPEN KITS *****
```

**CUSTOMER'S SIGNATURE**
X

| | | |
|---|---|---|
| PARTS | 416.87 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 34.38 |
| **TOTAL** | **$451.25** |

**DAILY RENTAL UNITS**

Copyright 2014 CDK Global, LLC  PARTS INVOICE 1UP - PI3C1 - IMAGING

**CUSTOMER COPY**



# BRUCKNER TRUCK SALES, INC.
## HOBBS DIVISION

P.O. Box 1678
Hobbs, NM 88241
2121 NW. County Road
(575) 392-7571
15:1(800) 982-6225

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

436557H

### DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 2121 W. County Rd, Hobbs, Lea County, New Mexico.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 05 JUL 16 | 13655462 | 05 JUL 16 | 05 JUL 16 | 436557H |

SOLD TO:
ACCOUNT NO. H131206

C&J ENERGY SERVICES INC - HOBB
FKA NABORS COMPLETION & PROD S
PO BOX 5208
HOBBS, NM 88241-5208

SHIP TO:

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| | 858 | 94-95348 | CHG BRUCKNERS | HOBBS,NM |

| ORD | QUANTITY SHP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 48 | 25502497 | FUEL PUMP | 711.40 | 494.42 | 494.42 |
| | | | CORE EXCHANGE | | | 117.00 | 117.00 |

| | | |
|---|---|---|
| PARTS | | 611.42 |
| SUBLET | | |
| FREIGHT | | 0.00 |
| SALES TAX / FEES | | 41.65 |
| **TOTAL** | | **$653.07** |

***** NO CREDIT ON OPEN KITS *****

CUSTOMER'S SIGNATURE
X

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - P3C1 - IMAGING

CUSTOMER COPY



# BRUCKNER TRUCK SALES, INC.
## ENID DIVISION



5913 E. Owen K. Garriott Road
Enid, OK 73701
(580) 234-0043
(800) 375-6225

**Remit Payments to:**
Corporate Billing LLC
Dept. 959 P.O. Box 1000
Memphis, TN 38148-0959

**DISCLAIMER OF WARRANTIES**

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 5913 E. Owen K. Garriot Road, Enid, Garfield County, OK
There will be a service charge of .833%/ month on past due accounts.

**RETURN POLICY**
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 05 JUL 16 | 13655494 | 06 JUL 16 | 06 JUL 16 | | 26001105 |

S O L D T O

ACCOUNT NO. 71960

C & J ENERGY SERVICES INC
17205 HWY 152
SWEETWATER, OK 73666

S H I P T O

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | | TERMS | F.O.B. POINT | |
|---|---|---|---|---|---|---|
| | 2950 | | | ENID TRUCK CTR BRU | ENID OK | |

| ORD. | QUANTITY SHIP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 85118917 | FUEL P 143 | 923.64 | 581.89 | 581.89 |
| | | | CORE DEPOSIT | | | 117.00 | 117.00 |
| -1 | -1 | 0 | 85118917 | CORE R 143 | 923.64 | 117.00 | -117.00 |
| Serial#: | | | | Tag#: | STD | No Deduction | |
| | | OK | TAX - ENID (GARFI | 58.36 | | | |

We are now Bruckner Truck Sales!!
Same great service
Same great staff!!
No core returns beyond 120 days, no
returns on open kits or special order

NationaLease

Bruckner Leasing

CUSTOMER'S SIGNATURE
X

| | | |
|---|---|---|
| PARTS | | 581.89 |
| SUBLET | | |
| FREIGHT | | 0.00 |
| SALES TAX / FEES | | 58.36 |
| **TOTAL** | | **$640.25** |

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - PDC1 - IMAGING

**CUSTOMER COPY**



# BRUCKNER TRUCK SALES, INC.
## HOBBS DIVISION

P.O. Box 1678
Hobbs, NM 88241
2121 NW. County Road
(575) 392-7571
09:(800) 982-6225

M436557H

| Remit Payments to: |
|---|
| Corporate Billing LLC |
| Dept 959 P.O. Box 1000 |
| Memphis, TN 38148-0959 |

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 2121 W. County Rd, Hobbs, Lea County, New Mexico.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 06 JUL 16 | 13655462 | 06 JUL 16 | 06 JUL 16 | CM436557H | |

SOLD TO:
ACCOUNT NO. H131206

C&J ENERGY SERVICES INC - HOBB
FKA NABORS COMPLETION & PROD S
PO BOX 5208
HOBBS, NM 88241-5208

SHIP TO:

PAGE 1 OF 1

| SHIP VIA | SLSM. 858 | B/L NO. 94-95348 | TERMS CHG BRUCKNERS | F.O.B. POINT HOBBS, NM |
|---|---|---|---|---|

| QUANTITY ORD | SHP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| -1 | -1 | 48 | 25502497 | CORE RETUR | 719.94 | 117.00 | -117.00 |

***** NO CREDIT ON OPEN KITS *****

CUSTOMER'S SIGNATURE

X

| | |
|---|---|
| PARTS | -117.00 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | -7.97 |
| **TOTAL** | $-124.97 |

**CREDIT**

Copyright 2014 CDK Global, LLC  PARTS INVOICE 1UP - P3C1 - IMAGING

CUSTOMER COPY

# Bruckner's
Since 1932

VOLVO   MACK

**BRUCKNER TRUCK SALES, INC.**
**HOBBS DIVISION**

P.O. Box 1678
Hobbs, NM 88241
2121 N.W. County Road
(575) 392-7571
(800) 982-6225

Remit Payments to:
Corporate Billing LLC
Dept 969 P.O. Box 1000
Memphis, TN 38148-0969

CUSTOMER #: P137510
UNIT# 94-37026
C&J ENERGY SERVICES INC - MIDLAND
FKA NABORS COMPLETION & PROD SVCS CO
PO BOX 51670
MIDLAND, TX 79710
HOME:432-683-5000  CONT:432-683-5000
BUS:            CELL:

38011HS

INVOICE

PAGE 1

SERVICE ADVISOR: 1306 CASSANDRA WILEY

| UNIT | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|------|------|-----------|-----|---------|----------------|-----|
| 94-37026 | 07 | MACK CV713 | 1M2AG11C37M068046 | 94-37026 | 286886/286886 | T011 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 31MAY07 DD | | | 17:00 28JUN16 | 13655119 | 0.00 | CHGB | 07JUL16 |

| R.O. OPENED | READY | OPTIONS: | STK:17596 DLR:259 |
|-------------|-------|----------|-------------------|
| 28JUN16 | 07JUL16 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|

A COMPLAINT OF ABS LIGHT ON
    501 COMPLAINT OF ABS LIGHT ON
        2997   CSR
        852    CSR

```
                                                      363.00      363.00
      1 BRKCLR CLNR                            4.48       3.28        3.28
PARTS:      3.28  LABOR:    363.00  OTHER:      0.00  TOTAL LINE A:    366.28
```
286886 CUSTOMER COMPLAINT OF HAVING AN ABS LIGHT ON. CONNECTED
GUIDED DIAGNOSTICS AND FOUND THAT ALL ABS CODES WERE INACTIVE. CLEARED
CODES AND JUST WAITING ON A TEST DRIVE..... TEST DROVE UNIT AND ABS
LIGHT CAME ON WHILE DRIVING.CONNECTED ACOM DIAGNOSTICS AND FOUND FAULT
FOR RIGHT REAR WHEEL SPEED SENSOR. INSPECTED AND FOUND TONE WHEEL WAS
CAKED WITH DIRT AND MUD. REMOVED TIRES AND RELEASED PARKING BRAKE.
USING SCRAPER AND BRAKE CLEAN, SPUN HUB AROUND TO CLEAN TONE WHEEL.
USED LONG SCREW DRIVER AND PRESSED SENSOR BACK INTO TONE WHEEL.
REINSTALLED TIRES AND RELEASED UNIT FOR TEST DRIVE.
        *************************************************

B CHECK TURBO OPERATION-SEE DAVID
    270 CHECK TURBO OPERATION-SEE DAVID
        842    CSR
        2997   CSR

```
                                                      484.00      484.00
      1 25190654 THERMOCOUPLE-CHN,CXN           93.74      65.15       65.15
      1 25172484 PIPE-EXH FRONT-CV             604.27     419.97      419.97
      1 25174573 CLAMP                          38.60      26.83       26.83
      1 25172530 4" TORCTITE CLAMP             16.18       9.98        9.98
      1 5839*89607K* FLEX GALVAN               16.92      14.87       14.87
      1 25172530 4" TORCTITE CLAMP             16.18       9.98        9.98
PARTS:    546.78  LABOR:    484.00  OTHER:      0.00  TOTAL LINE B:   1030.78
```
286886 CUSTOMER COMPLAINT OF HAVING PROBLEMS WITH TURBO. CONNECTED
TO GUIDED DIAGNOSTICS AND FOUND NO ACTIVE CODES. OPENED HOOD AND
STARTED LOOKING FOR ANY BOOST LEAKS. FOUND THAT THE EXHAUST ELBOW OFF
THE TURBO WAS LEAKING AT THE PYROMETER SENSOR. GOT A PRICE QUOTE FOR
ITEM WAITING ON CUSTOMER...... DROVE TRUCK INTO SHOP AND STARTED

DISCLAIMER OF WARRANTIES
ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY MANUFACTURER, IF
ANY. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS OR IMPLIED,
INCLUDING ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR
PURPOSE,AND BRUCKNER TRUCK SALES INC., NEITHER ASSUMES NOR AUTHORIZES ANY OTHER
PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL
APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT OF
1938, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE ADMINISTRATOR OR WAGE AND
HOUR DIVISION ISSUED UNDER SECTION 14 THEREOF.
                    RECEIVED BY:

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - SDC - IMAGING

**CUSTOMER COPY 1**

**Bruckner's** *Since 1932*  **VOLVO  MACK**

CUSTOMER #: P137510
UNIT# 94-37026
C&J ENERGY SERVICES INC - MIDLAND
FKA NABORS COMPLETION & PROD SVCS CO
PO BOX 51670
MIDLAND, TX 79710
HOME:432-683-5000  CONT:432-683-5000
BUS:          CELL:

38011HS

INVOICE

PAGE 2

**BRUCKNER TRUCK SALES, INC.**
**HOBBS DIVISION**
P.O. Box 1678
Hobbs, NM 88241
2121 N.W. County Road
(575) 392-7571
(800) 982-6225

**Remit Payments to:**
**Corporate Billing LLC**
Dept 969 P.O. Box 1000
Memphis, TN 38148-0959

SERVICE ADVISOR: 1306 CASSANDRA WILEY

| UNIT | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|---|
| 94-37026 | 07 | MACK CV713 | | 1M2AG11C37M068046 | 94-37026 | 286886/286886 | T011 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 31MAY07 DD | | | 17:00 28JUN16 | 13655119 | 0.00 | CHGB | 07JUL16 |

| R.O. OPENED | READY | OPTIONS: | STK:17596 DLR:259 |
|---|---|---|---|
| 28JUN16 | 07JUL16 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

REMOVED EXHAUST PIPING, FOUND THAT FLEX PIPING WAS LEAKING AROUND BOTH
FRO9NT AND REAR CLAMPS. RECEIVED PERMISSION TO REPLACE FLEX PIPE AND
CLAMPS. USED DIE GRINDER TO CUT AND REMOVED BOTH CLAMPS AND FLEX PIPE.
INSTALLED NEW FLEX PIPE AND BOTH CLAMPS ALSO REPLACE EXHAUST PIPING AT
TURBO AND EXHAUST TEMP SENSOR. STARTED ENGINE AND INSPECT FOR LEAKS AT
REPAIRS. RELEASE TRUCK FOR TEST DRIVE
**************************************************
BRUCKNER'S TRULY APPRECIATES YOUR BUSINESS!!
IF YOU ARE NOT 100% SATISFIED WITH YOUR RE-
PAIR OR THIS INVOICE PLEASE CONTACT DAMIEN
FINGER, GENERAL MGR OF THE HOBBS DEALERSHIP
AT 800-982-6225 TO DISCUSS YOUR CONCERNS
****THANK YOU FROM THE BRUCKNER FAMILY*****
**********************************

DISCLAIMER OF WARRANTIES
ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY MANUFACTURER, IF
ANY. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESSOR IMPLIED,
INCLUDING ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR
PURPOSE,AND BRUCKNER TRUCK SALES INC., NEITHER ASSUMES NOR AUTHORIZES ANY OTHER
PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL
APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT OF
1938, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE ADMINISTRATOR OR WAGE AND
HOUR DIVISION ISSUED UNDER SECTION 14 THEREOF.
                    RECEIVED BY:

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 847.00 |
| PARTS AMOUNT | 550.06 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 59.29 |
| TOTAL CHARGES | 1456.35 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 99.21 |
| PLEASE PAY THIS AMOUNT | 1555.56 |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - EI2C - IMAGING

**CUSTOMER COPY 1**



**BRUCKNER TRUCK SALES, INC.**
**ENID DIVISION**



5913 E. Owen K. Garriott Road
Enid, OK 73701
(580) 234-0043
(800) 375-6225

**Remit Payments to:**
Corporate Billing LLC
Dept. 959 P.O. Box 1000
Memphis, TN 38148-0959

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 5913 E. Owen K. Garriot Road, Enid, Garfield County, OK
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 11 JUL 16 | .. | 11 JUL 16 | 11 JUL 16 | 26001277 | |

S O L D T O

ACCOUNT NO. 71960

C & J ENERGY SERVICES INC
17205 HWY 152
SWEETWATER, OK 73666

S H I P T O

PAGE 1 OF 1

| SHIP VIA | SLSM. 2950 | B/L NO. | | TERMS ENID TRUCK CTR BRU | F.O.B. POINT ENID OK | |
|---|---|---|---|---|---|---|

| QUANTITY ORD | SHP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 20937176 | FITTIN 112 | 18.36 | 11.57 | 11.57 | |
| 1 | 1 | 0 | 20937163 | HOSE 315A | 22.41 | 14.12 | 14.12 | |
| | | | OK TAX - ENID (GARFI | | 2.15 | | | |

We are now Bruckner Truck Sales!!
Same great service
Same great staff!!
No core returns beyond 120 days,no
returns on open kits or special order

| | |
|---|---|
| PARTS | 25.69 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 2.15 |
| **TOTAL** | **$27.84** |

CUSTOMER'S SIGNATURE
X

**NationaLease**

**Bruckner Leasing**

Copyright 2014 CDK Global, LLC  PARTS INVOICE 1UP - PI3C1 - IMAGING

**CUSTOMER COPY**



# BRUCKNER TRUCK SALES, INC.
## ODESSA DIVISION

2441 E. I-20
Odessa, Texas 79766
(432) 580-7571
(800) 382-6225

13:45

524415P

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 2441 E I 20, Odessa, Ector County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 29 JUN 16 | 13655218 | 11 JUL 16 | 11 JUL 16 | 524415P    13:45 |

SOLD TO
ACCOUNT NO. P131201

C&J ENERGY SERVICES INC - FT
FKA NABORS COMPLETION & PROD
PO BOX N
FORT STOCKTON, TX 79735-1945

SHIP TO

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| DELIVERED | 1950 | 13655218 | CHG BRUCKNERS | ODESSA, TX |

| ORD | QUANTITY SHP | BO | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 104 | 104 | HOP | 6294000 | DEF GALLON | 6.48 | 2.55 | 265.20 |
| | | | | BATTERY FEE 12V      0.00 | | | |
| | | | | TEXAS TAX ODESS     18.56 | | | |

**** NEW PARTS DEPARTMENT HOURS ****
7:30 AM - 5:30 PM, MONDAY THRU FRIDAY
8:00 AM - 12:00 PM, SATURDAY
CLOSED SUNDAY
**** NO CREDIT ON OPEN KITS ******

CUSTOMER'S SIGNATURE
X

| | |
|---|---|
| PARTS | 265.20 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 18.56 |
| **TOTAL** | **$283.76** |

DAILY RENTAL UNITS

Eaton Fuller
Transmissions

MACK LEASING SYSTEM

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - P3C1 - IMAGING

CUSTOMER



# BRUCKNER TRUCK SALES, INC.
## SAN ANGELO DIVISION

P.O. Box 5387
San Angelo, Texas 76902
829 N. Bell St.
(325) 486-8000
(866) 313-2462

**Remit Payments to:**
Corporate Billing LLC
Dept. 959 P.O. Box 1000
Memphis, TN 38148-0959

19330J

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 829 N. Bell St., San Angelo, Tom Green County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 11 JUL 16 | 13656161 | 11 JUL 16 | 11 JUL 16 | 19330J | 12:58 |

S O L D   T O

ACCOUNT NO. 61822

C&J ENERGY SERVICES INC - OZON
FKA NABORS COMPLETION & PRODUC
PO BOX 0
OZONA, TX 76943

S H I P   T O

PAGE 1 OF 1

| SHIP VIA | SLSM. 2195 | B/L NO. | TERMS CHG BRUCKNERS | F.O.B. POINT SAN ANGELO, TX |
|---|---|---|---|---|

| ORD | SHIP | B/O | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5 | 5 | 0 | 21075041 | ROTO 20 | 39.06 | 24.30 | 121.50 |
| 4 | 4 | 0 | STM3730143 | OIL 36 | 56.89 | 26.00 | 104.00 |
| 12 | 12 | 0 | DN-P553191 | LUBE 80 | 12.24 | 8.40 | 100.80 |
| 6 | 6 | 0 | DN-DBA5114 | DB A M4 | 88.72 | 60.86 | 365.16 |
| | | | TEXAS BATT FEE SAN A | | 0.00 | | |
| | | | TEXAS TAX SAN ANGELO | | 57.05 | | |

Thank you for your business
NO CREDIT WILL BE ISSUED ON CORES
OLDER THAN 120 DAYS OLD
NO CREDIT WITHOUT ORIGINAL INVOICE
***** NO CREDIT ON OPEN KITS *******

CUSTOMER'S SIGNATURE
X

| | |
|---|---|
| PARTS | 691.46 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 57.05 |
| **TOTAL** | **$748.51** |

DAILY RENTAL UNITS

LEASING SYSTEM

MITSUBISHI FUSO

Eaton Fuller Transmissions

19330J

CUSTOMER COPY



# BRUCKNER TRUCK SALES, INC.
## AMARILLO DIVISION

P.O. Box 31958
Amarillo, Texas 79120
9471 I 40 East
(806) 376-6273
(800) 876-6225

11:28

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

618114A

### DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 9471 I 40 East, Amarillo, Potter County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 12 JUL 16 | 13656189 | 12 JUL 16 | 12 JUL 16 | 618114A |

SOLD TO

ACCOUNT NO. 71960

PAGE 1 OF 1

NABORS COMPLETION & PRODUCTION
17205 HWY 152
NORMAN, AR 71960

SHIP TO

NABORS COMPLETETION & PRODUCTI
HWY 152 & HWY 30
SWEETWATER, OK 73666

| SHIP VIA | SLSM. | B/L NO. | | TERMS | F.O.B. POINT |
|---|---|---|---|---|---|
| JH | 2000 | TP | | CHARGE BRUCKNERS | AMARILLO TX |

| ORD | SHP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 3 | 3 | 0 | 1726*BD31760* | GROUP 31 B | WH13A | 59.95 | 179.85 |
| | | | CORE DEPOSIT | | | 29.25 | 87.75 |
| | | | Chris send with John and I have cores here for him. | | | | |
| | | | BATTERY FEE 12V AMA | 9.00 | | | |
| | | | TEXAS TAX AMA | 22.08 | | | |

********NOTICE********
CORES MUST BE RECEIVED
....WITHIN 60 DAYS....
FOR CREDIT TO BE ISSUED
***** NO CREDIT ON OPEN KITS *****

CUSTOMER'S SIGNATURE
X

| | |
|---|---|
| PARTS | 267.60 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 31.08 |
| **TOTAL** | **$298.68** |

DAILY RENTAL UNITS

CUSTOMER COPY

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - PGC1 - IMAGING



# BRUCKNER TRUCK SALES, INC.
## HOBBS DIVISION

P.O. Box 1678
Hobbs, NM 88241
2121 NW. County Road
(575) 392-7571
13:6(800) 982-6225

436866H

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

### DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 2121 W. County Rd, Hobbs, Lea County, New Mexico.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 12 JUL 16 | 13656277 | 12 JUL 16 | 12 JUL 16 | 436866H |

SOLD TO:

ACCOUNT NO. H131206

C&J ENERGY SERVICES INC - HOBB
FKA NABORS COMPLETION & PROD S
PO BOX 5208
HOBBS, NM 88241-5208

SHIP TO:

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| Q34922 | 858 | 94-36924 | CHG BRUCKNERS | HOBBS,NM |

| QUANTITY ORD | QUANTITY SHP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 63 | RF500KIT | FRTLND KIT | 606.45 | 475.32 | 475.32 |
| 2 | 2 | 88F | RF500*19A* | BEARING | 96.33 | 75.50 | 151.00 |

***** NO CREDIT ON OPEN KITS *****

CUSTOMER'S SIGNATURE

X

| | |
|---|---|
| PARTS | 626.32 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 42.67 |
| **TOTAL** | **$668.99** |

**CUSTOMER COPY**

Copyright 2014 CDK Global, LLC  PARTS INVOICE 1UP - P3C1 - IMAGING



# BRUCKNER TRUCK SALES, INC.
## HOBBS DIVISION

P.O. Box 1678
Hobbs, NM 88241
2121 NW. County Road
(575) 392-7571
13:1(800) 982-6225

436868H

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 2121 W. County Rd, Hobbs, Lea County, New Mexico.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 12 JUL 16 | 13656291 | 12 JUL 16 | 12 JUL 16 | 436868H |

SOLD TO

ACCOUNT NO. H131206

PAGE 1 OF 1

C&J ENERGY SERVICES INC - HOBB
FKA NABORS COMPLETION & PROD S
PO BOX 5208
HOBBS, NM 88241-5208

SHIP TO

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| DOUG | 848 | 94-36863 | CHG BRUCKNERS | HOBBS,NM |

| QUANTITY ORD | QUANTITY SHP | BO | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 19 | 3889*XA00241P* | SHOE S/A F | 450.45 | 309.69 | 619.38 |
| | | | Part number 3889*XA00241P* replaces 3889*XA00241* | | | | |
| 2 | 2 | 19 | 3889*XB01923* | SPRING | 48.30 | 33.21 | 66.42 |
| 1 | 1 | 79F | 25161246 | PIN SPRING | 49.69 | 34.53 | 34.53 |
| | | | Part number 25161246 | replaces 44QK173B | | | |
| 2 | 2 | 79F | 25161382 | PIN SPRING | 64.04 | 44.51 | 89.02 |
| | | | Part number 25161382 | replaces 44QK26A | | | |
| 1 | 1 | 82A | 25160299 | BOLT | 7.10 | 5.40 | 5.40 |
| | | | Part number 25160299 | replaces 43RU1483B | | | |
| 1 | 1 | ACK | 25165353 | SPRING-FRT | 395.57 | 274.92 | 274.92 |
| | | | Part number 25165353 | replaces 2QK493 | | | |

| | |
|---|---|
| PARTS | 1,089.67 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 74.23 |
| **TOTAL** | **$1,163.90** |

***** NO CREDIT ON OPEN KITS *****

CUSTOMER'S SIGNATURE
X

Copyright 2014 CDK Global, LLC  PARTS INVOICE 1UP - PDC1 - IMAGING

**CUSTOMER COPY**



# BRUCKNER TRUCK SALES, INC.
## HOBBS DIVISION

P.O. Box 1678
Hobbs, NM 88241
2121 NW. County Road
(575) 392-7571
13:48 (800) 982-6225

436873H

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

### DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 2121 W. County Rd, Hobbs, Lea County, New Mexico.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 12 JUL 16 | 13656292 | 12 JUL 16 | 12 JUL 16 | 436873H |

**SOLD TO**
ACCOUNT NO. H131206

C&J ENERGY SERVICES INC - HOBB
FKA NABORS COMPLETION & PROD S
PO BOX 5208
HOBBS, NM 88241-5208

**SHIP TO**

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| DOUG | 848 | 94-95481 | CHG BRUCKNERS | HOBBS,NM |

| QUANTITY ORD | QUANTITY SHP | SO | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 79F | 25161246 | PIN SPRING | 49.69 | 34.53 | 69.06 |
| | | | Part number 25161246 | replaces 44QK173B | | | |
| 4 | 4 | 79F | 25161382 | PIN SPRING | 64.04 | 44.51 | 178.04 |
| | | | Part number 25161382 | replaces 44QK26A | | | |
| 2 | 2 | 82A | 25160299 | BOLT | 7.10 | 5.40 | 10.80 |
| | | | Part number 25160299 | replaces 43RU1483B | | | |
| 2 | 2 | ACK | 25165353 | SPRING-FRT | 395.57 | 274.92 | 549.84 |
| | | | Part number 25165353 | replaces 2QK493 | | | |

***** NO CREDIT ON OPEN KITS *****

**CUSTOMER'S SIGNATURE**
X

| | |
|---|---|
| PARTS | 807.74 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 55.03 |
| **TOTAL** | **$862.77** |

CUSTOMER COPY

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - P3C1 - IMAGING



# BRUCKNER TRUCK SALES, INC.
## ABILENE DIVISION

P.O. Box 397
Tye, Texas 79563
1002 South Access Rd. I-20
(325) 692-8400
(800) 588-8782

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

CM1053550T

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 1002 S. Access Rd I -20, Tye, Taylor County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | | |
|---|---|---|---|---|---|---|
| 15 JUL 16 | 13655343 | 15 JUL 16 | 15 JUL 16 | | CM1053550T | 16:22 |

SOLD TO

ACCOUNT NO. P131218

C&J ENERGY SERVICES INC - SNYD
FKA NABORS COMPLETION & PROD S
PO BOX 889
SNYDER, TX 79550-0889

SHIP TO

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | | TERMS | F.O.B. POINT | |
|---|---|---|---|---|---|---|
| | 2506 | | | CHG BRUCKNERS | TYE, TX | |

| ORD | QUANTITY SHP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| -1 | -1 | 0 | 736GB419M2X | CORE 5V8 | 265.64 | 65.00 | -65.00 |
| Serial#: | | | | Tag#: | STD | No Deduction | |
| | | | TEXAS BATT FEE TYE | 0.00 | | | |
| | | | TEXAS TAX TYE | -5.36 | | | |

DUE TO SUPPLIER RESTRICTIONS
NO CREDIT WILL BE ISSUED ON
CORES OVER 120 DAYS OLD

***** NO CREDIT ON OPEN KITS *******

CUSTOMER'S SIGNATURE
X

**CREDIT**

| | |
|---|---|
| PARTS | -65.00 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | -5.36 |
| **TOTAL** | $-70.36 |

**DAILY RENTAL UNITS**

Copyright 2014 CDK Global, LLC  PARTS INVOICE 1UP - P3C1 - IMAGING

**CUSTOMER COPY**

1053550T



# BRUCKNER TRUCK SALES, INC.
## ABILENE DIVISION

P.O. Box 397
Tye, Texas 79563
1002 South Access Rd. I-20
(325) 692-8400
(800) 588-8782

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

1053718T

### DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 1002 S. Access Rd I -20, Tye, Taylor County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | | |
|---|---|---|---|---|---|---|
| 11 JUL 16 | 13656163 | 12 JUL 16 | 12 JUL 16 | | 1053718T | 14:01 |

**SOLD TO**

ACCOUNT NO. P131218

C&J ENERGY SERVICES INC - SNYD
FKA NABORS COMPLETION & PROD S
PO BOX 889
SNYDER, TX 79550-0889

**SHIP TO**

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| P/U | 903 | | CHG BRUCKNERS | TYE, TX |

| ORD | QUANTITY SHP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 25173041 | CAB    903 | 140.08 | 97.36 | 97.36 |
| | | | RH REAR CAB MTG BRACKET | | | | |
| | | | TRK# 363 | | | | |
| | | | FOR MACK VIN# CV713-050322 | | | | |
| | | | ORDERED BY JEFF / PH# 325-207-3473 | | | | |
| | | | REFER TO QUOTE# Q19808 DATED 11 JUL 16 | | | | |
| | | | TEXAS BATT FEE TYE | 0.00 | | | |
| | | | TEXAS TAX TYE | 8.03 | | | |

DUE TO SUPPLIER RESTRICTIONS
NO CREDIT WILL BE ISSUED ON
CORES OVER 120 DAYS OLD

***** NO CREDIT ON OPEN KITS ******

**CUSTOMER'S SIGNATURE**
X

| PARTS | 97.36 |
|---|---|
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 8.03 |
| **TOTAL** | **$105.39** |

DAILY RENTAL UNITS

CUSTOMER COPY

1053718T



# BRUCKNER TRUCK SALES, INC.
## ABILENE DIVISION

P.O. Box 397
Tye, Texas 79563
1002 South Access Rd. I-20
(325) 692-8400
(800) 588-8782

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

1053758T

### DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 1002 S. Access Rd I -20, Tye, Taylor County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 12 JUL 16 | 13656310 | 12 JUL 16 | 12 JUL 16 | 1053758T | 14:01 |

SOLD TO
ACCOUNT NO. P131218

SHIP TO

PAGE 1 OF 1

C&J ENERGY SERVICES INC - SNYD
FKA NABORS COMPLETION & PROD S
PO BOX 889
SNYDER, TX 79550-0889

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| | 1441 | | CHG BRUCKNERS | TYE, TX |

| ORD | QUANTITY SHP | BO | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 25166488 | SENS 10V1 | 67.54 | 46.94 | 46.94 |
| | | | TRUCK #9436913 | | | | |
| | | | PO #13656310 | | | | |
| | | | TEXAS BATT FEE TYE | 0.00 | | | |
| | | | TEXAS TAX TYE | 3.87 | | | |

DUE TO SUPPLIER RESTRICTIONS
NO CREDIT WILL BE ISSUED ON
CORES OVER 120 DAYS OLD

***** NO CREDIT ON OPEN KITS *******

CUSTOMER'S SIGNATURE
X

| | |
|---|---|
| PARTS | 46.94 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 3.87 |
| TOTAL | $50.81 |

**DAILY RENTAL UNITS**

MITSUBISHI FUSO

Eaton Fuller Transmissions

MACK LEASING SYSTEM

Copyright 2014 CDK Global, LLC  PARTS INVOICE 1UP - PGC1 - IMAGING

CUSTOMER COPY

1053758T



# BRUCKNER TRUCK SALES, INC.
## ODESSA DIVISION

2441 E. I-20
Odessa, Texas 79766
(432) 580-7571
(800) 382-6225

16:08

525452P

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 2441 E I 20, Odessa, Ector County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 13 JUL 16 | #13655763 | 13 JUL 16 | 13 JUL 16 | 525452P | 16:08 |

S O L D   T O

ACCOUNT NO. P131217

C&J ENERGY SERVICES INC - ANDR
FKA NABORS COMPLETION & PROD S
PO BOX 1977
ANDREWS, TX 79714-1977

S H I P   T O

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| | 813 | #13655763 | CHG BRUCKNERS | ODESSA, TX |

| ORD | QUANTITY SHIP BO | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1227 | NVE364*306*015* | 1 1/2" PRE | 50.10 | 33.82 | 33.82 |
| 1 | 1227 | NVE366*150* | 1 1/2" VAC | 38.08 | 25.70 | 25.70 |
| | | BATTERY FEE 12V | 0.00 | | | |
| | | TEXAS TAX ODESS | 4.17 | | | |

**** NEW PARTS DEPARTMENT HOURS ****
7:30 AM - 5:30 PM, MONDAY THRU FRIDAY
8:00 AM - 12:00 PM, SATURDAY
CLOSED SUNDAY
**** NO CREDIT ON OPEN KITS ******

CUSTOMER'S SIGNATURE
X

| | |
|---|---|
| PARTS | 59.52 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 4.17 |
| **TOTAL** | **$63.69** |

DAILY RENTAL UNITS

Copyright 2014 CDK Global, LLC  PARTS INVOICE 1UP - P3C1 - IMAGING

CUSTOMER



# BRUCKNER TRUCK SALES, INC.
## AMARILLO DIVISION

P.O. Box 31958
Amarillo, Texas 79120
9471 I 40 East
(806) 376-6273
(800) 876-6225

16:58

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

618280A

### DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 9471 I 40 East, Amarillo, Potter County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 14 JUL 16 | 13656582 | 14 JUL 16 | 14 JUL 16 | 618280A |

**SOLD TO:**
ACCOUNT NO. 23826

C&J ENERGY SERVICES INC - PERR
FKA NABORS COMPLETION & PROD S
PO BOX 1266
PERRYTON, TX 79070-1266

**SHIP TO:**
PAGE 1 OF 1

NABORS WELL SERVICE
800 E LOOP 143
PERRYTON, TX 79070

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| BEAVER | 498 | 93933753 | CHARGE BRUCKNERS | AMARILLO TX |

| QUANTITY ORD | SHP | BO | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 85013612 | UNIT INJEC | 14D | 461.95 | 461.95 |
| | | | CORE DEPOSIT | | | 390.00 | 390.00 |
| | | | THIS FOR GU713-CM011459 | | | | |
| | | | ORDERED BY JUAN | | | | |
| | | | BEAVER P/U #: 5576903. | | | | |
| | | | BATTERY FEE 12V AMA | 0.00 | | | |
| | | | TEXAS TAX AMA | 70.29 | | | |

```
********NOTICE********
CORES MUST BE RECEIVED
....WITHIN 60 DAYS....
FOR CREDIT TO BE ISSUED
***** NO CREDIT ON OPEN KITS *****
```

CUSTOMER'S SIGNATURE
X

| | |
|---|---|
| PARTS | 851.95 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 70.29 |
| **TOTAL** | **$922.24** |

DAILY RENTAL UNITS

**CUSTOMER COPY**

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - Pt3C1 - IMAGING



# BRUCKNER TRUCK SALES, INC.
## ABILENE DIVISION

P.O. Box 397
Tye, Texas 79563
1002 South Access Rd. I-20
(325) 692-8400
(800) 588-8782

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

1053811T

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 1002 S. Access Rd I -20, Tye, Taylor County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | | |
|---|---|---|---|---|---|---|
| 14 JUL 16 | 13656309 | 14 JUL 16 | 14 JUL 16 | | 1053811T | 11:52 |

ACCOUNT NO. P131218

PAGE 1 OF 1

**SOLD TO**
C&J ENERGY SERVICES INC - SNYD
FKA NABORS COMPLETION & PROD
PO BOX 889
SNYDER, TX 79550-0889

**SHIP TO**

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| | 1441 | | CHG BRUCKNERS | TYE, TX |

| QUANTITY ORD | SHP | BO | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 25166488 | SENS 10V1 | 67.54 | 46.94 | 46.94 |
| | | | STOCK | | | | |
| | | | PO #13656309 | | | | |
| | | | TEXAS BATT FEE TYE | 0.00 | | | |
| | | | TEXAS TAX TYE | 3.87 | | | |

DUE TO SUPPLIER RESTRICTIONS
NO CREDIT WILL BE ISSUED ON
CORES OVER 120 DAYS OLD

***** NO CREDIT ON OPEN KITS *******

CUSTOMER'S SIGNATURE
X

| | |
|---|---|
| PARTS | 46.94 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 3.87 |
| **TOTAL** | **$50.81** |

DAILY RENTAL UNITS

Copyright 2014 CDK Global, LLC  PARTS INVOICE 1UP - P3C1 - IMAGING

CUSTOMER COPY

1053811T



# BRUCKNER TRUCK SALES, INC.
## ABILENE DIVISION

P.O. Box 397
Tye, Texas 79563
1002 South Access Rd. I-20
(325) 692-8400
(800) 588-8782

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

1053770T

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 1002 S. Access Rd I -20, Tye, Taylor County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 13 JUL 16 | 13656179 | 14 JUL 16 | 14 JUL 16 | 1053770T | 11:52 |

SOLD TO:

ACCOUNT NO. P131218

PAGE 1 OF 1

C&J ENERGY SERVICES INC - SNYD
FKA NABORS COMPLETION & PROD S
PO BOX 889
SNYDER, TX 79550-0889

SHIP TO:

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT | |
|---|---|---|---|---|---|
| P/U | 903 | | CHG BRUCKNERS | TYE, TX | |

| QUANTITY ORD | SHIP | BO | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 25173041 | CAB 903 | 140.08 | 97.36 | 97.36 |
| | | | RH REAR CAB MTG BRACKET | | | | |
| 1 | 1 | 0 | 30QS5343BM | CAB 903 | 135.40 | 94.10 | 94.10 |
| | | | LH REAR CAB MTG BRACKET | | | | |
| | | | FOR MACK VIN# CV713-050322 | | | | |
| | | | ORDERED BY JEFF /PH# 325-207-3473 | | | | |
| | | | FOR STOCK | | | | |
| | | | TEXAS BATT FEE TYE | 0.00 | | | |
| | | | TEXAS TAX TYE | 15.79 | | | |

DUE TO SUPPLIER RESTRICTIONS
NO CREDIT WILL BE ISSUED ON
CORES OVER 120 DAYS OLD

***** NO CREDIT ON OPEN KITS ******

CUSTOMER'S SIGNATURE

X

| | |
|---|---|
| PARTS | 191.46 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 15.79 |
| **TOTAL** | **$207.25** |

MACK
MITSUBISHI FUSO
EAT N
Eaton Fuller
Transmissions
MACK LEASING SYSTEM
DAILY RENTAL UNITS

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - P3C1 - IMAGING

**CUSTOMER COPY**

1053770T



# BRUCKNER TRUCK SALES, INC.
## AMARILLO DIVISION

P.O. Box 31958
Amarillo, Texas 79120
9471 I 40 East
(806) 376-6273
(800) 876-6225

11:01

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

M618114A

## DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 9471 I 40 East, Amarillo, Potter County, Texas.
There will be a service charge of .833%/ month on past due accounts.

## RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 18 JUL 16 | 13656189 | 18 JUL 16 | 18 JUL 16 | | CM618114A |

| S O L D T O | ACCOUNT NO. 71960 | S H I P T O | PAGE 1 OF 1 |
|---|---|---|---|
| | NABORS COMPLETION & PRODUCTION 17205 HWY 152 NORMAN, AR 71960 | | NABORS COMPLETETION & PRODUCTI HWY 152 & HWY 30 SWEETWATER, OK 73666 |

| SHIP VIA | SLSM. | B/L NO. | | TERMS | | F.O.B. POINT | |
|---|---|---|---|---|---|---|---|
| JH | 331 | TP | | CHARGE BRUCKNERS | | AMARILLO TX | |

| ORD | SHP | BO | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| -3 | -3 | 0 | 1726*BD31760* | CORE RETUR | WH13A | 29.25 | -87.75 |
| Serial#: | | | | Tag#: | STD | No Deduction | |
| | | | BATTERY FEE 12V AMA | 0.00 | | | |
| | | | TEXAS TAX AMA | -7.24 | | | |

*******NOTICE*******
CORES MUST BE RECEIVED
....WITHIN 60 DAYS....
FOR CREDIT TO BE ISSUED
***** NO CREDIT ON OPEN KITS *****

CUSTOMER'S SIGNATURE
X

| PARTS | -87.75 |
|---|---|
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | -7.24 |
| **TOTAL** | **$-94.99** |

DAILY RENTAL UNITS

**CREDIT**

Copyright 2014 CDK Global, LLC  PARTS INVOICE 1UP - PI3C1 - IMAGING

**CUSTOMER COPY**



# BRUCKNER TRUCK SALES, INC.
## ODESSA DIVISION

2441 E. I-20
Odessa, Texas 79766
(432) 580-7571
(800) 382-6225

09:48

525710P

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 2441 E I 20, Odessa, Ector County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 18 JUL 16 | 13655763 | 18 JUL 16 | 18 JUL 16 | 525710P   09:48 |

SOLD TO

ACCOUNT NO. P131217

C&J ENERGY SERVICES INC - ANDR
FKA NABORS COMPLETION & PROD
PO BOX 1977
ANDREWS, TX 79714-1977

SHIP TO

PAGE 1 OF 1

| SHIP VIA | SLSM. 831 | B/L NO. 13655763 | TERMS CHG BRUCKNERS | F.O.B. POINT ODESSA, TX |
|---|---|---|---|---|

| ORD | QUANTITY SHP B/O | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|
| 2 | 2 | 06G | 25172211 | CLAMP PLAT | 25.78 | 17.92 | 35.84 |
| 2 | 2 | N1E | 25093516 | SCREW MACH | 11.62 | 8.83 | 17.66 |
| | | | BATTERY FEE 12V | 0.00 | | |
| | | | TEXAS TAX ODESS | 3.75 | | |

```
**** NEW PARTS DEPARTMENT HOURS ****
7:30 AM - 5:30 PM, MONDAY THRU FRIDAY
8:00 AM - 12:00 PM, SATURDAY
CLOSED SUNDAY
**** NO CREDIT ON OPEN KITS ******
```

CUSTOMER'S SIGNATURE
X

| | |
|---|---|
| PARTS | 53.50 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 3.75 |
| **TOTAL** | **$57.25** |

DAILY RENTAL UNITS

Copyright 2014 CDK Global, LLC  PARTS INVOICE 1UP - PDC1 - IMAGING

**CUSTOMER**



# BRUCKNER TRUCK SALES, INC.
## AMARILLO DIVISION

P.O. Box 31958
Amarillo, Texas 79120
9471 I 40 East
(806) 376-6273
(800) 876-6225

16:15

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

M618280A

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 9471 I 40 East, Amarillo, Potter County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 18 JUL 16 | 13656582 | 18 JUL 16 | 18 JUL 16 | | CM618280A |

SOLD TO

ACCOUNT NO. 23826

SHIP TO

PAGE 1 OF 1

C&J ENERGY SERVICES INC - PERR
FKA NABORS COMPLETION & PROD
PO BOX 1266
PERRYTON, TX 79070-1266

NABORS WELL SERVICE
800 E LOOP 143
PERRYTON, TX 79070

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| BEAVER | 2217 | 93933753 | CHARGE BRUCKNERS | AMARILLO TX |

| QUANTITY ORD | SHP | B.O | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| -1 | -1 | 0 | 85013612 | CORE RETUR | 14D | 390.00 | -390.00 |
| | Serial#: | | | Tag#: | STD | No Deduction | |
| | | | BATTERY FEE 12V AMA | | | 0.00 | |
| | | | TEXAS TAX AMA | | | -32.18 | |

```
********NOTICE********
CORES MUST BE RECEIVED
....WITHIN 60 DAYS....
FOR CREDIT TO BE ISSUED
***** NO CREDIT ON OPEN KITS *****
```

CUSTOMER'S SIGNATURE

X

**CREDIT**

| | |
|---|---|
| PARTS | -390.00 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | -32.18 |
| **TOTAL** | **$-422.18** |

DAILY RENTAL UNITS

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - PI3C1 - IMAGING

CUSTOMER COPY

**Bruckner's** *Since 1932* **VOLVO** **MACK**

```
CUSTOMER #: P131218                947361TS
UNIT# 94-0378
C&J ENERGY SERVICES INC - SNYDER        INVOICE    BRUCKNER TRUCK SALES, INC.
FKA NABORS COMPLETION & PROD SVCS CO                      ABILENE DIVISION
PO BOX 889                                      P.O. Box 397        Remit Payments to:
SNYDER, TX 79550-0889                 PAGE 1     Tye, Texas 79563    Corporate Billing LLC
                                                1002 South Access Rd. I-20  Dept 959 P.O. Box 1000
HOME:325-573-2621 CONT:325-573-2621             (325) 692-8400       Memphis, TN 38148-0959
                                                (800) 588-8782
BUS:            CELL:                 SERVICE ADVISOR: 907 GINGER REYNOLDS
```

| UNIT | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|------|------|------------|---|-----|---------|----------------|-----|
| 94-0378 | 12 | MACK GU713 | | 1M2AX07Y8CM011316 | 94-378 | 202576/202576 | T361 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 29APR11 DD | | | 17:30 14JUL16 | 13656574 | 0.00 | CHGB | 15JUL16 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:24373 DLR:259 |
|-------------|-------|----------|------------------------|
| 14JUL16 | 15JUL16 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|------------------------------|------|-----|-------|

```
A REPLACE COMPLETE SET OF INJECTORS
    220 REPLACE COMPLETE SET OF INJECTORS
        2036  CSR                                      1415.68  1415.68
      1 85143385 UNIT INJECTOR KIT        4044.88  2811.19  2811.19
      CORE CHARGE C                                 2340.00  2340.00
      6 983472 CABLE TIE 35                  0.70     0.49     2.94
      1 1677370 SEALING RING                 3.58     2.71     2.71
     -1 85143385 CORE RETURN             2340.00  2340.00 -2340.00
PARTS:   2816.84  LABOR:  1415.68  OTHER:    0.00  TOTAL LINE A:   4232.52
 202576 DRAINED COOLANT. REMOVED AIR FILTER HOUSING AND CROSS OVER
 PIPES. REMOVED VALVE COVER AND ROCKER SHAFT. REMOVED ALL INJECTORS.
 FOUND THAT INJECTORS WERE LEAKING AND CHATTERING IN CUPS. REMOVED ALL
 SIX CUPS AND CLEANED BORES. INSTALLED SIX NEW INJECTOR CUPS AND
 INJECTORS. REINSTALLED ROCKER SHAFT AND ADJUSTED OVERHEAD FOR NEW
 INJECTORS. REINSTALLED VALVE COVER AND CROSS OVER PIPES. REINSTALLED
 AIR FILTER HOUSING. REFILLED WITH COOLANT. PRIMED FUEL SYSTEM.
 PROGRAMMED AND CALIBRATED INJECTOR TRIM CODES. PERFORMED LEARNED DATA
 RESET. STARTED TRUCK AND PUT THROUGH REGEN. WENT THROUGH ALL OK.
           ****************************************************
B REPLACE BOOST PRESSURE SENSOR
    200 REPLACE BOOST PRESSURE SENSOR
        2036  CSR                                       166.40   166.40
      1 22329559 PRESSURE SENSOR            61.36    42.65    42.65
PARTS:     42.65  LABOR:   166.40  OTHER:    0.00  TOTAL LINE B:    209.05
 202576 REPLACED BOOST PRESSURE SENSOR. PERFORMED LEARNED DATA
 RESET. CHECKED ALL OK.
           ****************************************************
C SERVICE CALL TO CUSTOMER'S LOCATION
    871 SERVICE CALL TO CUSTOMER'S LOCATION
        2036  CSR                                       512.00   512.00
      CPM SERVICE CALL MILEAGE                          224.00   224.00
PARTS:     0.00  LABOR:   512.00  OTHER:  224.00  TOTAL LINE C:    736.00
 202576 DROVE TO AND FROM CUSTOMER LOCATION.
           ****************************************************
```

DISCLAIMER OF WARRANTIES
ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY MANUFACTURER, IF
ANY. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESSOR IMPLIED,
INCLUDING ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR
PURPOSE,AND BRUCKNER TRUCK SALES INC., NEITHER ASSUMES NOR AUTHORIZES ANY OTHER
PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL
APPLICABLE REQUIREMENTSOF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT OF
1938, AS AMENDED AND OF REGULATIONS AND ORDERSOF THE ADMINISTRATOR OR WAGE AND
HOUR DIVISION ISSUED UNDER SECTION 14 THEREOF.
                    RECEIVED BY:

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - EOC - IMAGING

**CUSTOMER COPY**

CUSTOMER #: P131218
UNIT# 94-0378
C&J ENERGY SERVICES INC - SNYDER
FKA NABORS COMPLETION & PROD SVCS CO
PO BOX 889
SNYDER, TX 79550-0889
HOME:325-573-2621 CONT:325-573-2621
BUS:          CELL:

**947361TS**

INVOICE

PAGE 2

SERVICE ADVISOR: 907 GINGER REYNOLDS

**Bruckner's** *Since 1932* VOLVO MACK

**BRUCKNER TRUCK SALES, INC.**
ABILENE DIVISION

P.O. Box 397
Tye, Texas 79563
1002 South Access Rd. I-20
(325) 692-8400
(800) 588-8782

Remit Payments to:
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

| UNIT | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| 94-0378 | 12 | MACK GU713 | 1M2AX07Y8CM011316 | 94-378 | 202576/202576 | T361 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 29APR11 DD | | | 17:30 14JUL16 | 13656574 | 0.00 | CHGB | 15JUL16 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:24373 DLR:259 |
|---|---|---|---|
| 14JUL16 | 15JUL16 | | |

LINE OPCODE TECH TYPE HOURS                    LIST      NET     TOTAL

BRUCKNER'S TRULY APPRECIATES YOUR BUSINESS!!
IF YOU ARE NOT 100% SATISFIED WITH YOUR RE-
PAIR OR THIS INVOICE PLEASE CONTACT JEREMY
MYERS, GENERAL MGR OF THE ABILENE DEALERSHIP
AT 800-588-8782 TO DISCUSS YOUR CONCERNS
****THANK YOU FROM THE BRUCKNER FAMILY*****
*********************************

DISCLAIMER OF WARRANTIES
ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY MANUFACTURER, IF ANY. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND BRUCKNER TRUCK SALES INC., NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS. WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT OF 1938, AS AMENDED AND OF REGULATIONS AND ORDERS OF THE ADMINISTRATOR OR WAGE AND HOUR DIVISION ISSUED UNDER SECTION 14 THEREOF.
                    RECEIVED BY:

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 2094.08 |
| PARTS AMOUNT | 2859.49 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 284.00 |
| TOTAL CHARGES | 5237.57 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 235.91 |
| PLEASE PAY THIS AMOUNT | 5473.48 |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - SDC - IMAGING

CUSTOMER COPY



# BRUCKNER TRUCK SALES, INC.
## ABILENE DIVISION

P.O. Box 397
Tye, Texas 79563
1002 South Access Rd. I-20
(325) 692-8400
(800) 588-8782

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

1053446T

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 1002 S. Access Rd I -20, Tye, Taylor County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | | |
|---|---|---|---|---|---|---|
| 29 JUN 16 | 13656475 | 18 JUL 16 | 18 JUL 16 | | 1053446T | 09:02 |

SOLD TO:

ACCOUNT NO. P131209

PAGE 1 OF 1

C&J ENERGY SERVICES INC- SONOR
FKA NABORS COMPLETION & PROD S
1810 S HWY 277
SONORA, TX 76950

SHIP TO:

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| ERIC | 988 | | CHG BRUCKNERS | TYE, TX |

| QUANTITY ORD | QUANTITY SHP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 22564837 | EXPA SS16 | 452.94 | 314.79 | 314.79 |
| 2 | 2 | 0 | 9291*CHVIS* | FLOO 4EW3 | 142.98 | 99.37 | 198.74 |
| | | | TEXAS BATT FEE TYE | 0.00 | | | |
| | | | TEXAS TAX TYE | 42.37 | | | |

DUE TO SUPPLIER RESTRICTIONS
NO CREDIT WILL BE ISSUED ON
CORES OVER 120 DAYS OLD

***** NO CREDIT ON OPEN KITS ******

CUSTOMER'S SIGNATURE
X

| | |
|---|---|
| PARTS | 513.53 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX / FEES | 42.37 |
| **TOTAL** | **$555.90** |

DAILY RENTAL UNITS

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - P3C1 - IMAGING

**CUSTOMER COPY**

1053446T



# BRUCKNER TRUCK SALES, INC.
## ABILENE DIVISION

P.O. Box 397
Tye, Texas 79563
1002 South Access Rd. I-20
(325) 692-8400
(800) 588-8782

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

1053704T

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 1002 S. Access Rd I -20, Tye, Taylor County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 11 JUL 16 | 13656320 | 18 JUL 16 | 18 JUL 16 | 1053704T | 09:04 |

SOLD TO:

ACCOUNT NO. P131209

SHIP TO:

PAGE 1 OF 2

C&J ENERGY SERVICES INC- SONOR
FKA NABORS COMPLETION & PROD S
1810 S HWY 277
SONORA, TX 76950

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| ERIC | 988 | | CHG BRUCKNERS | TYE, TX |

| ORD | SHP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 4 | 4 | 0 | 25100042 | ELEM XX01 | 100.10 | 55.06 | 220.24 |
| 8 | 8 | 0 | 25164179 | INSU 14V2 | 7.35 | 5.11 | 40.88 |
| 4 | 4 | 0 | 25095339 | SCRE 1V3 | 20.08 | 15.26 | 61.04 |
| | | | Part number | 25095339 | replaces | | 27AM35 |
| 4 | 4 | 0 | 25089732 | NUT( 3V6 | 6.22 | 5.20 | 20.80 |
| | | | Part number | 25089732 | replaces | | 191AM6 |
| 4 | 4 | 0 | STM3830139 | OIL 13V2 | 58.14 | 26.57 | 106.28 |
| 2 | 2 | 0 | 25624339 | SEAL 7V1 | 21.80 | 12.12 | 24.24 |
| | | | Part number | 25624339 | replaces | | 88AX457 |
| 1 | 1 | 0 | 364SQ27 | AIR Q44 | 212.54 | 175.77 | 175.77 |
| 1 | 1 | 0 | 25503035 | CYL Q07 | 70.76 | 49.18 | 49.18 |
| | | | Part number | 25503035 | replaces | | 57GC217 |
| 6 | 6 | 0 | 20706195 | GASK 8V3 | 6.66 | 5.09 | 30.54 |
| 2 | 2 | 0 | 4088*EN4720QPK* | RELI C08 | 181.65 | 76.29 | 152.58 |
| | | | CORE DEPOSIT | | | 41.60 | 83.20 |
| -2 | -2 | 0 | 4088*EN4720QPK* | CORE C08 | 181.65 | 41.60 | -83.20 |
| Serial#: | | | | Tag#: | STD | No Deduction | |
| 2 | 2 | 0 | 25175841 | BRAK B08 | 554.20 | 205.05 | 410.10 |
| 20 | 20 | 0 | HD1001 | DEF A07 | 11.29 | 8.58 | 171.60 |
| | | | 3250 | | | | |

| | |
|---|---|
| PARTS | |
| SUBLET | |
| FREIGHT | |
| SALES TAX / FEES | |
| **TOTAL** | |

CUSTOMER'S SIGNATURE

X

MACK.

MITSUBISHI
FUSO

EAT·N
Eaton Fuller
Transmissions

MACK
LEASING SYSTEM

**DAILY RENTAL UNITS**

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - PI3C1 - DIAGING

**CUSTOMER COPY**



# BRUCKNER TRUCK SALES, INC.
## ABILENE DIVISION

P.O. Box 397
Tye, Texas 79563
1002 South Access Rd. I-20
(325) 692-8400
(800) 588-8782

**Remit Payments to:**
Corporate Billing LLC
Dept 959 P.O. Box 1000
Memphis, TN 38148-0959

1053704T

### DISCLAIMER OF WARRANTIES
Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 1002 S. Access Rd I -20, Tye, Taylor County, Texas.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 11 JUL 16 | 13656320 | 18 JUL 16 | 18 JUL 16 | 1053704T | 09:04 |

S O L D T O

ACCOUNT NO. P131209

PAGE 2 OF 2

C&J ENERGY SERVICES INC- SONOR
FKA NABORS COMPLETION & PROD S
1810 S HWY 277
SONORA, TX 76950

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| ERIC | 988 | | CHG BRUCKNERS | TYE, TX |

| QUANTITY ORD | SHIP | BO | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | FREIGHT          32.50 | | | |
| | | | TEXAS BATT FEE TYE | 0.00 | | | |
| | | | TEXAS TAX TYE | 123.41 | | | |

DUE TO SUPPLIER RESTRICTIONS
NO CREDIT WILL BE ISSUED ON
CORES OVER 120 DAYS OLD

***** NO CREDIT ON OPEN KITS *******

CUSTOMER'S SIGNATURE
X

| | | |
|---|---|---|
| PARTS | | 1,463.25 |
| SUBLET | | |
| FREIGHT | | 32.50 |
| SALES TAX / FEES | | 123.41 |
| | TOTAL | $1,619.16 |

MACK
MITSUBISHI FUSO
EATON
Eaton Fuller
Transmissions
MACK LEASING SYSTEM

DAILY RENTAL UNITS

Copyright 2014 CDK Global, LLC  PARTS INVOICE 1UP - P3C1 - IMAGING

**CUSTOMER COPY**

1053704T



**BRUCKNER TRUCK SALES, INC.**
**HOBBS DIVISION**

P.O. Box 1678
Hobbs, NM 88241
2121 NW. County Road
(575) 392-7571
11:(800) 982-6225

436440H

| Remit Payments to: |
| --- |
| Corporate Billing LLC |
| Dept 959 P.O. Box 1000 |
| Memphis, TN 38148-0959 |

### DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are made by the manufacturer. The Seller, Bruckner Truck Sales, Inc., hereby expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability or fitness for a particular purpose, and Bruckner Truck Sales, Inc. neither assumes nor authorizes any other person to assume for it any liability on connection with the sale of said products.
The Buyer agrees to make payment of all obligations set forth herein at 2121 W. County Rd, Hobbs, Lea County, New Mexico.
There will be a service charge of .833%/ month on past due accounts.

### RETURN POLICY
1. NO RETURNS WITHOUT PURCHASE INVOICE
2. 15% RESTOCKING CHARGE ON SPECIAL ORDER RETURNS
3. NO RETURNS ON ELECTRICAL PARTS
4. NO CREDIT ON CORES HELD OVER 60 DAYS

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
| --- | --- | --- | --- | --- |
| 30 JUN 16 | 13656274 | 22 JUL 16 | 22 JUL 16 | 436440H |

SOLD TO:
ACCOUNT NO. H131206

C&J ENERGY SERVICES INC - HOBB
COD AS OF 7/18/16
PO BOX 5208
HOBBS, NM 88241-5208

SHIP TO:

PAGE 1 OF 1

| SHIP VIA | SLSM. 1068 | B/L NO. | TERMS CHG BRUCKNERS | F.O.B. POINT HOBBS,NM |
| --- | --- | --- | --- | --- |

| ORD | QUANTITY SHIP | BO | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 155 | 155 | NS | 6294000 | DEF BULK | 4.55 | 2.92 | 452.60 |
| | | | INV501809 | | | | |

| | | |
| --- | --- | --- |
| PARTS | | 452.60 |
| SUBLET | | |
| FREIGHT | | 0.00 |
| SALES TAX / FEES | | 30.83 |
| **TOTAL** | | **$483.43** |

***** NO CREDIT ON OPEN KITS *****

CUSTOMER'S SIGNATURE
X

**CUSTOMER COPY**

Copyright 2014 CDK Global, LLC   PARTS INVOICE 1UP - P3C1 - DIAGING