

| | Tidewater Logistics Corp<br>PO Box 161095<br>Fort Worth, TX 76161-1095<br>Phone 817-437-8548 | **Invoice** | |
|---|---|---|---|
| | | Date | Invoice # |
| | | 7/11/2016 | 1960 |

| Bill To |
|---|
| C&J Energy Services<br>3990 Rogerdale<br>Houston, TX 77042 |

| P.O. No. | Terms | Project |
|---|---|---|
| Red Hill | Net 45 | 9006 Allenport |

| Quantity | Description | | Rate Per Ton | Amount |
|---|---|---|---|---|
| 10.69 | Transload Outbound  Red Hill 100 Mesh | | 7.36 | 78.68 |
| | Summary attached.  Individual tickets provided to CJES A/R | | | |
| | **1st and Final Billing** | | | |

Wire to:
Frost Bank
Tidewater Logistics Corp
Routing#: 114000093
Account#: 860024341

**Total**  USD 78.68

| Phone # | 817-437-8548 | E-mail | ar@twlog.com |
|---|---|---|---|

Exhibit B

| BOL Number | Job: PO Number | Reference Number | Product Type | Truck Carrier: Truck Carrier Name | Truck Number | Truck Arrival Date/Time | Truck Departure Date/Time | Customer | Terminal Time (Min) | Deliver To | Net Weight | Net Weight (Tons) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PA-160707001 | Red Hill | - | 100 Mesh | C&J | 920770 | 7/7/2016 10:48 | 7/7/2016 11:20 | C&J Energy Services | 32 | Red Hill | 21,380 | 10.69 |
| Grand Totals (1 record) | | | | | | | | | | | 21,380 | 10.69 |



# Invoice

Tidewater Logistics Corp
PO Box 161095
Fort Worth, TX 76161-1095
Phone 817-437-8548

| Date | Invoice # |
|---|---|
| 8/1/2016 | 2015 |

**Bill To**

C&J Energy Services
3990 Rogerdale
Houston, TX  77042

| P.O. No. | Terms | Project |
|---|---|---|
| Campbell 7H | Net 45 | 9006 Allenport |

| Quantity | Description | Rate Per Ton | Amount |
|---|---|---|---|
| 464.68 | Transload Outbound  Campbell 7H 100 Mesh | 7.75 | 3,601.27 |
|  | Summary attached.  Individual tickets provided to CJES A/R |  |  |
|  | **1st and Final Billing** |  |  |

Wire to:
Frost Bank
Tidewater Logistics Corp
Routing#: 114000093
Account#: 860024341

**Total**  USD 3,601.27

| Phone # | 817-437-8548 | E-mail | ar@twlog.com |
|---|---|---|---|

| BOL Number | Job: PO Number | Reference Number | Product Type | Truck Carrier: Truck Carrier Name | Truck Number | Truck Arrival Date/Time | Truck Departure Date/Time | Customer | Terminal Time (Min) | Deliver To | Net Weight | Net Weight (Tons) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PA-160725001 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 93873 | 7/25/2016 17:47 | 7/25/2016 18:19 | C&J Energy Services | 32 | - | 39,620 | 19.81 |
| PA-160725002 | Campbell 7H 100 Mesh | - | 100 Mesh | KBL | 456 | 7/25/2016 20:35 | 7/25/2016 21:01 | C&J Energy Services | 26 | - | 38,460 | 19.23 |
| PA-160725003 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 67696 | 7/25/2016 20:40 | 7/25/2016 21:16 | C&J Energy Services | 36 | - | 41,120 | 20.56 |
| PA-160725004 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 33631 | 7/25/2016 20:45 | 7/25/2016 21:40 | C&J Energy Services | 55 | - | 38,800 | 19.4 |
| PA-160725005 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 42763 | 7/25/2016 21:09 | 7/25/2016 21:50 | C&J Energy Services | 41 | - | 38,700 | 19.35 |
| PA-160725006 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 97899 | 7/25/2016 21:31 | 7/25/2016 22:07 | C&J Energy Services | 36 | - | 38,120 | 19.06 |
| PA-160725007 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 57054 | 7/25/2016 22:02 | 7/25/2016 22:31 | C&J Energy Services | 29 | - | 42,360 | 21.18 |
| PA-160725008 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 93873 | 7/25/2016 22:26 | 7/25/2016 22:47 | C&J Energy Services | 21 | - | 42,920 | 21.46 |
| PA-160726001 | Campbell 7H 100 Mesh | - | 100 Mesh | KBL | 456 | 7/26/2016 1:29 | 7/26/2016 2:00 | C&J Energy Services | 31 | - | 42,280 | 21.14 |
| PA-160726002 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 33631 | 7/26/2016 1:38 | 7/26/2016 2:14 | C&J Energy Services | 36 | - | 41,420 | 20.71 |
| PA-160726003 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 42763 | 7/26/2016 5:17 | 7/26/2016 5:37 | C&J Energy Services | 20 | - | 42,600 | 21.3 |
| PA-160726004 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 97899 | 7/26/2016 6:02 | 7/26/2016 6:43 | C&J Energy Services | 41 | - | 42,040 | 21.02 |
| PA-160726005 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 57054 | 7/26/2016 8:17 | 7/26/2016 8:40 | C&J Energy Services | 23 | - | 39,480 | 19.74 |
| PA-160726006 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 93873 | 7/26/2016 9:03 | 7/26/2016 9:30 | C&J Energy Services | 27 | - | 40,080 | 20.04 |
| PA-160726007 | Campbell 7H 100 Mesh | - | 100 Mesh | KBL | 456 | 7/26/2016 10:40 | 7/26/2016 11:09 | C&J Energy Services | 29 | - | 42,500 | 21.25 |
| PA-160726008 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 90 | 7/26/2016 10:51 | 7/26/2016 11:27 | C&J Energy Services | 36 | - | 40,040 | 20.02 |
| PA-160726009 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 67696 | 7/26/2016 11:19 | 7/26/2016 12:09 | C&J Energy Services | 50 | - | 40,020 | 20.01 |
| PA-160726010 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 33631 | 7/26/2016 11:20 | 7/26/2016 11:43 | C&J Energy Services | 23 | - | 41,020 | 20.51 |
| PA-160726011 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 42763 | 7/26/2016 12:21 | 7/26/2016 12:53 | C&J Energy Services | 32 | - | 40,160 | 20.08 |
| PA-160726012 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 97899 | 7/26/2016 12:54 | 7/26/2016 13:15 | C&J Energy Services | 21 | - | 39,180 | 19.59 |
| PA-160726013 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 90 | 7/26/2016 20:54 | 7/26/2016 21:20 | C&J Energy Services | 26 | - | 38,460 | 19.23 |
| PA-160726014 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 57054 | 7/26/2016 21:42 | 7/26/2016 22:35 | C&J Energy Services | 53 | - | 39,980 | 19.99 |
| PA-160726015 | Campbell 7H 100 Mesh | - | 100 Mesh | RAM | 93873 | 7/26/2016 21:43 | 7/26/2016 22:40 | C&J Energy Services | 57 | - | 40,000 | 20 |
| Grand Totals (23 records) | | | | | | | | | | | 929,360 | 464.68 |



Tidewater Logistics Corp
PO Box 161095
Fort Worth, TX 76161-1095
Phone 817-437-8548

# Invoice

| Date | Invoice # |
|---|---|
| 8/1/2016 | 2016 |

**Bill To**

C&J Energy Services
3990 Rogerdale
Houston, TX  77042

| P.O. No. | Terms | Project |
|---|---|---|
| Campbell 6H | Net 45 | 9006 Allenport |

| Quantity | Description | | Rate Per Ton | Amount |
|---|---|---|---|---|
| 309.93 | Transload Outbound  Campbell 6H 100 Mesh | | 7.75 | 2,401.96 |
| | Summary attached.  Individual tickets provided to CJES A/R | | | |
| | **1st Billing** | | | |

Wire to:
Frost Bank
Tidewater Logistics Corp
Routing#: 114000093
Account#: 860024341

**Total**  USD 2,401.96

| Phone # | 817-437-8548 | E-mail | ar@twlog.com |
|---|---|---|---|

| BOL Number | Job: PO Number | Reference Number | Product Type | Truck Carrier: Truck Carrier Name | Truck Number | Truck Arrival Date/Time | Truck Departure Date/Time | Customer | Terminal Time (Min) | Deliver To | Net Weight | Net Weight (Tons) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PA-160728001 | Campbell 6H 100 Mesh | - | 100 Mesh | RAM | 93873 | 7/28/2016 19:30 | 7/28/2016 19:56 | C&J Energy Services | 26 | - | 40,160 | 20.08 |
| PA-160728002 | Campbell 6H 100 Mesh | - | 100 Mesh | RAM | 31725 | 7/28/2016 21:12 | 7/28/2016 21:44 | C&J Energy Services | 32 | - | 41,520 | 20.76 |
| PA-160728003 | Campbell 6H 100 Mesh | - | 100 Mesh | RAM | 33631 | 7/28/2016 22:16 | 7/28/2016 22:45 | C&J Energy Services | 29 | - | 40,000 | 20 |
| PA-160729001 | Campbell 6H 100 Mesh | - | 100 Mesh | KBL | 456 | 7/29/2016 5:55 | 7/29/2016 6:30 | C&J Energy Services | 35 | - | 39,180 | 19.59 |
| PA-160729002 | Campbell 6H 100 Mesh | - | 100 Mesh | RAM | 90 | 7/29/2016 7:38 | 7/29/2016 8:25 | C&J Energy Services | 47 | - | 39,000 | 19.5 |
| PA-160729003 | Campbell 6H 100 Mesh | - | 100 Mesh | RAM | 93873 | 7/29/2016 9:55 | 7/29/2016 10:29 | C&J Energy Services | 34 | - | 39,740 | 19.87 |
| PA-160729004 | Campbell 6H 100 Mesh | - | 100 Mesh | RAM | 33631 | 7/29/2016 10:44 | 7/29/2016 11:15 | C&J Energy Services | 31 | - | 38,940 | 19.47 |
| PA-160729005 | Campbell 6H 100 Mesh | - | 100 Mesh | RAM | 31725 | 7/29/2016 11:31 | 7/29/2016 11:53 | C&J Energy Services | 22 | - | 41,100 | 20.55 |
| PA-160729006 | Campbell 6H 100 Mesh | - | 100 Mesh | KBL | 456 | 7/29/2016 11:48 | 7/29/2016 12:10 | C&J Energy Services | 22 | - | 40,780 | 20.39 |
| PA-160729007 | Campbell 6H 100 Mesh | - | 100 Mesh | RAM | 73992 | 7/29/2016 11:54 | 7/29/2016 12:33 | C&J Energy Services | 39 | - | 40,940 | 20.47 |
| PA-160729008 | Campbell 6H 100 Mesh | - | 100 Mesh | RAM | 90 | 7/29/2016 13:10 | 7/29/2016 13:32 | C&J Energy Services | 22 | - | 38,900 | 19.45 |
| PA-160729009 | Campbell 6H 100 Mesh | - | 100 Mesh | RAM | 93873 | 7/29/2016 14:38 | 7/29/2016 14:57 | C&J Energy Services | 19 | - | 41,180 | 20.59 |
| PA-160729010 | Campbell 6H 100 Mesh | - | 100 Mesh | RAM | 33631 | 7/29/2016 16:22 | 7/29/2016 16:52 | C&J Energy Services | 30 | - | 42,440 | 21.22 |
| PA-160729011 | Campbell 6H 100 Mesh | - | 100 Mesh | RAM | 31725 | 7/29/2016 17:48 | 7/29/2016 18:13 | C&J Energy Services | 25 | - | 40,440 | 20.22 |
| PA-160729012 | Campbell 6H 100 Mesh | - | 100 Mesh | RAM | 456 | 7/29/2016 18:20 | 7/29/2016 18:42 | C&J Energy Services | 22 | - | 39,280 | 19.64 |
| PA-160730001 | Campbell 6H 100 Mesh | - | 100 Mesh | RAM | 73992 | 7/30/2016 8:48 | 7/30/2016 9:03 | C&J Energy Services | 15 | - | 16,260 | 8.13 |
| Grand Totals (16 records) | | | | | | | | | | | 619,850 | 309.93 |



Tidewater Logistics Corp
PO Box 161095
Fort Worth, TX 76161-1095
Phone 817-437-8548

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2016 | 2014 |

| Bill To |
|---|
| C&J Energy Services<br>3990 Rogerdale<br>Houston, TX  77042 |

| P.O. No. | Terms | Project |
|---|---|---|
| 07/Shortfall | Net 45 | 9006 Allenport |

| Quantity | Description | Rate Per Ton | Amount |
|---|---|---|---|
| 7,214.7 | Transload Outbound - July Shortfall (07/01/2016-07/31/2016) | 5.75 | 41,484.53 |
|  | Summary attached |  |  |

Wire to:
Frost Bank
Tidewater Logistics Corp
Routing#: 114000093
Account#: 860024341

**Total**    USD 41,484.53

| Phone # | 817-437-8548 | E-mail | ar@twlog.com |
|---|---|---|---|

**C & J Shortfall**
07/01/2016-07/31/2016

Generated By:
Tidewater Logistics

Filtered By:
Show: All bols
Date Field: Truck Departure Date/Time equals Last Month (7/1/2016 to 7/31/2016)
Status equals COMPLETE
AND Transload ID equals PA
AND Customer equals C&J Energy Services

Sorted By:
Customer: Customer - Sorted ascending

| BOL Number | SO# | Job: PO Number | Truck Carrier: Truck Carrier Name | Truck Number | Terminal Time (Min) | Truck Arrival Date/Time | Truck Departure Date/Time | Deliver To | Product Type | Net Weight | Net Weight (Tons) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer: C&J Energy Services (40 records) | | | | | avg 32 | | | | | 1,570,600 | 785.3 |
| PA-160730001 | | 72516 Campbell 6H 100 Mesh | RAM | 73992 | 15 | 7/30/2016 8:48 | 7/30/2016 9:03 | - | 100 Mesh | 16,260 | 8.13 |
| PA-160729012 | | 72516 Campbell 6H 100 Mesh | RAM | 456 | 22 | 7/29/2016 18:20 | 7/29/2016 18:42 | - | 100 Mesh | 39,280 | 19.64 |
| PA-160729011 | | 72516 Campbell 6H 100 Mesh | RAM | 31725 | 25 | 7/29/2016 17:48 | 7/29/2016 18:13 | - | 100 Mesh | 40,440 | 20.22 |
| PA-160729010 | | 72516 Campbell 6H 100 Mesh | RAM | 33631 | 30 | 7/29/2016 16:22 | 7/29/2016 16:52 | - | 100 Mesh | 42,440 | 21.22 |
| PA-160729009 | | 72516 Campbell 6H 100 Mesh | RAM | 93873 | 19 | 7/29/2016 14:38 | 7/29/2016 14:57 | - | 100 Mesh | 41,180 | 20.59 |
| PA-160729008 | | 72516 Campbell 6H 100 Mesh | RAM | 90 | 22 | 7/29/2016 13:10 | 7/29/2016 13:32 | - | 100 Mesh | 38,900 | 19.45 |
| PA-160729007 | | 72516 Campbell 6H 100 Mesh | RAM | 73992 | 39 | 7/29/2016 11:54 | 7/29/2016 12:33 | - | 100 Mesh | 40,940 | 20.47 |
| PA-160729006 | | 72516 Campbell 6H 100 Mesh | KBL | 456 | 22 | 7/29/2016 11:48 | 7/29/2016 12:10 | - | 100 Mesh | 40,780 | 20.39 |
| PA-160729005 | | 72516 Campbell 6H 100 Mesh | RAM | 31725 | 22 | 7/29/2016 11:31 | 7/29/2016 11:53 | - | 100 Mesh | 41,100 | 20.55 |
| PA-160729004 | | 72516 Campbell 6H 100 Mesh | RAM | 33631 | 31 | 7/29/2016 10:44 | 7/29/2016 11:15 | - | 100 Mesh | 38,940 | 19.47 |
| PA-160729003 | | 72516 Campbell 6H 100 Mesh | RAM | 93873 | 34 | 7/29/2016 9:55 | 7/29/2016 10:29 | - | 100 Mesh | 39,740 | 19.87 |
| PA-160729002 | | 72516 Campbell 6H 100 Mesh | RAM | 90 | 47 | 7/29/2016 7:38 | 7/29/2016 8:25 | - | 100 Mesh | 39,000 | 19.5 |
| PA-160729001 | | 72516 Campbell 6H 100 Mesh | KBL | 456 | 35 | 7/29/2016 5:55 | 7/29/2016 6:30 | - | 100 Mesh | 39,180 | 19.59 |
| PA-160728003 | | 72516 Campbell 6H 100 Mesh | RAM | 33631 | 29 | 7/28/2016 22:16 | 7/28/2016 22:45 | - | 100 Mesh | 40,000 | 20 |
| PA-160728002 | | 72516 Campbell 6H 100 Mesh | RAM | 31725 | 32 | 7/28/2016 21:12 | 7/28/2016 21:44 | - | 100 Mesh | 41,520 | 20.76 |
| PA-160728001 | | 72516 Campbell 6H 100 Mesh | RAM | 93873 | 26 | 7/28/2016 19:30 | 7/28/2016 19:56 | - | 100 Mesh | 40,160 | 20.08 |
| PA-160726015 | | 72516 Campbell 7H 100 Mesh | RAM | 93873 | 57 | 7/26/2016 21:43 | 7/26/2016 22:40 | - | 100 Mesh | 40,000 | 20 |
| PA-160726014 | | 72516 Campbell 7H 100 Mesh | RAM | 57054 | 53 | 7/26/2016 21:42 | 7/26/2016 22:35 | - | 100 Mesh | 39,980 | 19.99 |
| PA-160726013 | | 72516 Campbell 7H 100 Mesh | RAM | 90 | 26 | 7/26/2016 20:54 | 7/26/2016 21:20 | - | 100 Mesh | 38,460 | 19.23 |
| PA-160726012 | | 72516 Campbell 7H 100 Mesh | RAM | 97899 | 21 | 7/26/2016 12:54 | 7/26/2016 13:15 | - | 100 Mesh | 39,180 | 19.59 |
| PA-160726011 | | 72516 Campbell 7H 100 Mesh | RAM | 42763 | 32 | 7/26/2016 12:21 | 7/26/2016 12:53 | - | 100 Mesh | 40,160 | 20.08 |
| PA-160726009 | | 72516 Campbell 7H 100 Mesh | RAM | 67696 | 50 | 7/26/2016 11:19 | 7/26/2016 12:09 | - | 100 Mesh | 40,020 | 20.01 |
| PA-160726010 | | 72516 Campbell 7H 100 Mesh | RAM | 33631 | 23 | 7/26/2016 11:20 | 7/26/2016 11:43 | - | 100 Mesh | 41,020 | 20.51 |
| PA-160726008 | | 72516 Campbell 7H 100 Mesh | RAM | 90 | 36 | 7/26/2016 10:51 | 7/26/2016 11:27 | - | 100 Mesh | 40,040 | 20.02 |
| PA-160726007 | | 72516 Campbell 7H 100 Mesh | KBL | 456 | 29 | 7/26/2016 10:40 | 7/26/2016 11:09 | - | 100 Mesh | 42,500 | 21.25 |
| PA-160726006 | | 72516 Campbell 7H 100 Mesh | RAM | 93873 | 27 | 7/26/2016 9:03 | 7/26/2016 9:30 | - | 100 Mesh | 40,080 | 20.04 |
| PA-160726005 | | 72516 Campbell 7H 100 Mesh | RAM | 57054 | 23 | 7/26/2016 8:17 | 7/26/2016 8:40 | - | 100 Mesh | 39,480 | 19.74 |
| PA-160726004 | | 72516 Campbell 7H 100 Mesh | RAM | 97899 | 41 | 7/26/2016 6:02 | 7/26/2016 6:43 | - | 100 Mesh | 42,040 | 21.02 |
| PA-160726003 | | 72516 Campbell 7H 100 Mesh | RAM | 42763 | 20 | 7/26/2016 5:17 | 7/26/2016 5:37 | - | 100 Mesh | 42,600 | 21.3 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PA-160726002 | 72516 Campbell 7H 100 Mesh | RAM | 33631 | 36 | 7/26/2016 1:38 | 7/26/2016 2:14 - | 100 Mesh | 41,420 | 20.71 |
| PA-160726001 | 72516 Campbell 7H 100 Mesh | KBL | 456 | 31 | 7/26/2016 1:29 | 7/26/2016 2:00 - | 100 Mesh | 42,280 | 21.14 |
| PA-160725008 | 72516 Campbell 7H 100 Mesh | RAM | 93873 | 21 | 7/25/2016 22:26 | 7/25/2016 22:47 - | 100 Mesh | 42,920 | 21.46 |
| PA-160725007 | 72516 Campbell 7H 100 Mesh | RAM | 57054 | 29 | 7/25/2016 22:02 | 7/25/2016 22:31 - | 100 Mesh | 42,360 | 21.18 |
| PA-160725006 | 72516 Campbell 7H 100 Mesh | RAM | 97899 | 36 | 7/25/2016 21:31 | 7/25/2016 22:07 - | 100 Mesh | 38,120 | 19.06 |
| PA-160725005 | 72516 Campbell 7H 100 Mesh | RAM | 42763 | 41 | 7/25/2016 21:09 | 7/25/2016 21:50 - | 100 Mesh | 38,700 | 19.35 |
| PA-160725004 | 72516 Campbell 7H 100 Mesh | RAM | 33631 | 55 | 7/25/2016 20:45 | 7/25/2016 21:40 - | 100 Mesh | 38,800 | 19.4 |
| PA-160725003 | 72516 Campbell 7H 100 Mesh | RAM | 67696 | 36 | 7/25/2016 20:40 | 7/25/2016 21:16 - | 100 Mesh | 41,120 | 20.56 |
| PA-160725002 | 72516 Campbell 7H 100 Mesh | KBL | 456 | 26 | 7/25/2016 20:35 | 7/25/2016 21:01 - | 100 Mesh | 38,460 | 19.23 |
| PA-160725001 | 72516 Campbell 7H 100 Mesh | RAM | 93873 | 32 | 7/25/2016 17:47 | 7/25/2016 18:19 - | 100 Mesh | 39,620 | 19.81 |
| PA-160707001 | Red Hill | C&J | 920770 | 32 | 7/7/2016 10:48 | 7/7/2016 11:20 Red Hill | 100 Mesh | 21,380 | 10.69 |
| **Grand Totals (40 records)** | | | | avg 32 | | | | 1,570,600 | 785.3 |

Minimum   8,000.00
Actual         785.30

Shortfall    7,214.70



Tidewater Logistics Corp
PO Box 161095
Fort Worth, TX 76161-1095
Phone 817-437-8548

# Invoice

| Date | Invoice # |
|---|---|
| 8/30/2016 | 2096 |

| Bill To |
|---|
| C&J Energy Services<br>3990 Rogerdale<br>Houston, TX  77042 |

| P.O. No. | Terms | Project |
|---|---|---|
| 08/Shortfall | Net 45 | 9006 Allenport |

| Quantity | Description | Rate Per Ton | Amount |
|---|---|---|---|
| 8,000 | Transload Outbound - July Shortfall (08/01/2016-08/31/2016) | 5.75 | 46,000.00 |
|  | Summary attached |  |  |

Wire to:
Frost Bank
Tidewater Logistics Corp
Routing#: 114000093
Account#: 860024341

**Total**   USD 46,000.00

| Phone # | 817-437-8548 | E-mail | ar@twlog.com |
|---|---|---|---|

# C & J Shortfall
08/01/2016-08/31/2016

**Generated By:**
Tidewater Logistics
9/1/2016 3:09 PM

**Filtered By:**
Show: All bols
Date Field: Truck Departure Date/Time equals Last Month (8/1/2016 to 8/31/2016)
Status equals COMPLETE
AND Transload ID equals PA
AND Customer equals C&J Energy Services

**Sorted By:**
Customer: Customer - Sorted ascending

| BOL Number | SO# | Job: PO Number | Truck Carrier: Truck Carrier Name | Truck Number | Terminal Time (Min) | Truck Arrival Date/Time | Truck Departure Date/Time | Deliver To | Product Type | Net Weight | Net Weight (Tons) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Totals (0 records) | | | | | avg 0 | | | | | 0 | 0 |

Minimum  8,000.00
Actual       0.00

Shortfall  8,000.00