# EXHIBIT E



# Gator Environmental Services LLC

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

## INVOICE

| | |
|---|---|
| INVOICE #: | 20170201-1 |
| DATE: | FEBRUARY 02, 2017 |

**TO:** Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 9/19/16-9/30/16<br>(3) 500 BBL Round Bottom (SN: AL5634, AL5636, AL5641)<br><br>GBRT11204 | $2340.00 |
| **DUE UPON RECEIPT** | |
| SUBTOTAL | $2340.00 |
| SALES TAX | 0.00 |
| TOTAL | $2,340.00 |

**Payment is due upon receipt.**

Make all checks payable to :      Gator Environmental Services, LLC
1302 N 19th St.  Suite 300
Tampa, FL 33605

If you have any questions concerning this invoice, contact:      Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
or
Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19ᵗʰ St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

**INVOICE**

INVOICE #: 20170202-2

DATE: FEBRUARY 02, 2017

**TO:** Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 10/1/16-10/31/16<br>(3) 500 BBL Round Bottom (SN: AL5634, AL5636, AL5641)<br><br>GBRT11204 | $6045.00 |
| **DUE UPON RECEIPT** | |
| SUBTOTAL | $6045.00 |
| SALES TAX | 0.00 |
| TOTAL | $6045.00 |

**Payment is due upon receipt.**

Make all checks payable to :      Gator Environmental Services, LLC
1302 N 19ᵗʰ St.  Suite 300
Tampa, FL 33605

If you have any questions concerning this invoice, contact:      Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
or
Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

# INVOICE

INVOICE #: 20170202-3

DATE: FEBRUARY 02, 2017

**TO:** Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 11/1/16-11/30/16<br>(3) 500 BBL Round Bottom (SN: AL5634, AL5636, AL5641)<br><br>GBRT11204 | $5850.00 |
| **DUE UPON RECEIPT** | |
| SUBTOTAL | $5850.00 |
| SALES TAX | 0.00 |
| TOTAL | $5850.00 |

**Payment is due upon receipt.**

Make all checks payable to :  Gator Environmental Services, LLC
1302 N 19th St.  Suite 300
Tampa, FL 33605

If you have any questions concerning this invoice, contact:  Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
or
Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19ᵗʰ St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

## INVOICE

INVOICE #:          20170202-4

DATE:          FEBRUARY 02, 2017

**TO:** Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 12/1/16-12/31/16<br>(3) 500 BBL Round Bottom (SN: AL5634, AL5636, AL5641)<br><br>GBRT11204 | $6045.00 |
| **DUE UPON RECEIPT** | |
| SUBTOTAL | $6045.00 |
| SALES TAX | 0.00 |
| TOTAL | $6045.00 |

**Payment is due upon receipt.**

Make all checks payable to :      Gator Environmental Services, LLC
1302 N 19ᵗʰ St.  Suite 300
Tampa, FL 33605

If you have any questions concerning this invoice, contact:      Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
or
Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

# INVOICE

INVOICE #:          20170202-17

DATE:          FEBRUARY 02, 2017

**TO:** Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 1/1/17-1/6/17<br>(3) 500 BBL Round Bottom (SN: AL5634, AL5636, AL5641)<br><br>GBRT11204 | $1170.00 |
| **DUE UPON RECEIPT** | |
| SUBTOTAL | $1170.00 |
| SALES TAX | 0.00 |
| TOTAL | $1170.00 |

**Payment is due upon receipt.**

Make all checks payable to :          Gator Environmental Services, LLC
1302 N 19th St.  Suite 300
Tampa, FL 33605

If you have any questions concerning this invoice, contact:          Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
or
Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

**INVOICE**

INVOICE #: 20170202-5

DATE: FEBRUARY 02, 2017

**TO:** Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 9/19/16-9/30/16<br>(4) 500 BBL Frac Tank (SN: FM2000, FM3000, FM5000, FM6000)<br><br>GBRT10002 | $1440.00 |
| **DUE UPON RECEIPT** | |

| | |
|---|---|
| SUBTOTAL | $1440.00 |
| SALES TAX | 0.00 |
| TOTAL | $1440.00 |

**Payment is due upon receipt.**

Make all checks payable to :

Gator Environmental Services, LLC
1302 N 19th St.  Suite 300
Tampa, FL 33605

If you have any questions concerning this invoice, contact:

Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
or
Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

**INVOICE**

INVOICE #:                  20170202-6

DATE:                  FEBRUARY 02, 2017

**TO:**  Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 10/1/16-10/31/16<br>(4) 500 BBL Frac Tank (SN: FM2000, FM3000, FM5000, FM6000)<br><br>GBRT10002 | $3720.00 |
| **DUE UPON RECEIPT** | |
| SUBTOTAL | $3720.00 |
| SALES TAX | 0.00 |
| TOTAL | $3720.00 |

**Payment is due upon receipt.**

Make all checks payable to :                  Gator Environmental Services, LLC
1302 N 19th St.  Suite 300
Tampa, FL 33605

If you have any questions concerning this invoice, contact:                  Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
or
Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**INVOICE**

**1302 N. 19ᵗʰ St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

INVOICE #:      20170202-7

DATE:      FEBRUARY 02, 2017

**TO:**   Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 11/1/16-11/30/16<br>(4) 500 BBL Frac Tank (SN: FM2000, FM3000, FM5000, FM6000)<br><br>GBRT10002 | $3600.00 |
| **DUE UPON RECEIPT** | |
| SUBTOTAL | $3600.00 |
| SALES TAX | 0.00 |
| TOTAL | $3600.00 |

**Payment is due upon receipt.**

Make all checks payable to :      Gator Environmental Services, LLC
1302 N 19ᵗʰ St.  Suite 300
Tampa, FL 33605

If you have any questions concerning this invoice, contact:      Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
or
Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

**TO:** Blue Ribbon
3900 Rogerdale
Houston, TX 77042

## INVOICE

| INVOICE #: | 20170202-8 |
| --- | --- |
| DATE: | FEBRUARY 02, 2017 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| 12/1/16-12/31/16<br>(4) 500 BBL Frac Tank (SN: FM2000, FM3000, FM5000, FM6000)<br><br>GBRT10002 | $3720.00 |
| **DUE UPON RECEIPT** | |
| SUBTOTAL | $3720.00 |
| SALES TAX | 0.00 |
| TOTAL | $3720.00 |

**Payment is due upon receipt.**

Make all checks payable to :

Gator Environmental Services, LLC
1302 N 19th St.  Suite 300
Tampa, FL 33605

If you have any questions concerning this invoice, contact:

Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
or
Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

**INVOICE**

INVOICE #:        20170202-18

DATE:        FEBRUARY 02, 2017

**TO:**  Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 1/1/17-1/6/17<br>(4) 500 BBL Frac Tank (SN: FM2000, FM3000, FM5000, FM6000)<br><br>GBRT10002 | $720.00 |
| **DUE UPON RECEIPT** | |
| SUBTOTAL | $720.00 |
| SALES TAX | 0.00 |
| TOTAL | $720.00 |

**Payment is due upon receipt.**

Make all checks payable to :        Gator Environmental Services, LLC
1302 N 19th St.  Suite 300
Tampa, FL 33605

If you have any questions concerning this invoice, contact:        Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
or
Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

# INVOICE

| | |
|---|---|
| INVOICE #: | 20170202-9 |
| DATE: | FEBRUARY 02, 2017 |

**TO:** Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 9/19/16-9/30/16<br>(9) 500 BBL Frac Tank (SN: FM284, FM229, FM250, FM288, FM299, FM233, FM214, FM246, FM238)<br><br>GBRT10005 | $3240.00 |
| **DUE UPON RECEIPT** | |

| | |
|---|---|
| SUBTOTAL | $3240.00 |
| SALES TAX | 0.00 |
| TOTAL | $3240.00 |

**Payment is due upon receipt.**

Make all checks payable to :

Gator Environmental Services, LLC
1302 N 19th St.  Suite 300
Tampa, FL 33605

If you have any questions concerning this invoice, contact:

Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
or
Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

# INVOICE

| | |
|---|---|
| INVOICE #: | 20170202-10 |
| DATE: | FEBRUARY 02, 2017 |

**TO:** Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 10/1/16-10/31/16<br>(9) 500 BBL Frac Tank (SN: FM284, FM229, FM250, FM288, FM299, FM233, FM214, FM246, FM238)<br><br>GBRT10005 | $8370.00 |
| **DUE UPON RECEIPT** | |

| | |
|---|---|
| SUBTOTAL | $8370.00 |
| SALES TAX | 0.00 |
| TOTAL | $8370.00 |

**Payment is due upon receipt.**

| | |
|---|---|
| Make all checks payable to : | Gator Environmental Services, LLC<br>1302 N 19th St.  Suite 300<br>Tampa, FL 33605 |
| If you have any questions concerning this invoice, contact: | Jayme Skelton at 225-357-2800 or jayme@gatorenv.com<br>or<br>Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com |

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

## INVOICE

| | |
|---|---|
| INVOICE #: | 20170202-11 |
| DATE: | FEBRUARY 02, 2017 |

**TO:** Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 11/1/16-11/30/16<br>(9) 500 BBL Frac Tank (SN: FM284, FM229, FM250, FM288, FM299, FM233, FM214, FM246, FM238)<br><br>GBRT10005 | $8100.00 |
| **DUE UPON RECEIPT** | |

| | |
|---|---|
| SUBTOTAL | $8100.00 |
| SALES TAX | 0.00 |
| TOTAL | $8100.00 |

**Payment is due upon receipt.**

| | |
|---|---|
| Make all checks payable to : | Gator Environmental Services, LLC<br>1302 N 19th St.  Suite 300<br>Tampa, FL 33605 |
| If you have any questions concerning this invoice, contact: | Jayme Skelton at 225-357-2800 or jayme@gatorenv.com<br>or<br>Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com |

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

# INVOICE

INVOICE #:      20170202-12

DATE:      FEBRUARY 02, 2017

**TO:**   Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 12/1/16-12/31/16<br>(9) 500 BBL Frac Tank (SN: FM284, FM229, FM250, FM288, FM299, FM233, FM214, FM246, FM238)<br><br>GBRT10005 | $8370.00 |
| **DUE UPON RECEIPT** | |

| | |
|---|---|
| SUBTOTAL | $8370.00 |
| SALES TAX | 0.00 |
| TOTAL | $8370.00 |

**Payment is due upon receipt.**

Make all checks payable to :

Gator Environmental Services, LLC
1302 N 19th St.  Suite 300
Tampa, FL 33605

If you have any questions concerning this invoice, contact:

Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
or
Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

**INVOICE**

| | |
|---|---|
| INVOICE #: | 20170202-19 |
| DATE: | FEBRUARY 02, 2017 |

**TO:** Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 1/1/17-1/6/17 <br> (9) 500 BBL Frac Tank (SN: FM284, FM229, FM250, FM288, FM299, FM233, FM214, FM246, FM238) <br><br> GBRT10005 | $1620.00 |
| **DUE UPON RECEIPT** | |
| SUBTOTAL | $1620.00 |
| SALES TAX | 0.00 |
| TOTAL | $1620.00 |

**Payment is due upon receipt.**

| | |
|---|---|
| Make all checks payable to : | Gator Environmental Services, LLC <br> 1302 N 19th St.  Suite 300 <br> Tampa, FL 33605 |
| If you have any questions concerning this invoice, contact: | Jayme Skelton at 225-357-2800 or jayme@gatorenv.com <br> or <br> Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com |

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

# INVOICE

INVOICE #:           20170202-13

DATE:           FEBRUARY 02, 2017

**TO:**    Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 9/19/16-9/30/16<br>(3) 500 BBL Round Bottom (SN: AL5639, AL5658, AL5647)<br><br>GBRT11204 | $2340.00 |
| **DUE UPON RECEIPT** | |
| SUBTOTAL | $2340.00 |
| SALES TAX | 0.00 |
| TOTAL | $2340.00 |

**Payment is due upon receipt.**

Make all checks payable to :             Gator Environmental Services, LLC
                                            1302 N 19th St.  Suite 300
                                            Tampa, FL 33605

If you have any questions concerning this invoice, contact:      Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
                                                         or
                                                         Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

**INVOICE**

| | |
|---|---|
| INVOICE #: | 20170202-14 |
| DATE: | FEBRUARY 02, 2017 |

**TO:**  Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 10/1/16-10/31/16<br>(3) 500 BBL Round Bottom (SN: AL5639, AL5658, AL5647)<br><br>GBRT11204 | $6045.00 |
| **DUE UPON RECEIPT** | |
| SUBTOTAL | $6045.00 |
| SALES TAX | 0.00 |
| TOTAL | $6045.00 |

**Payment is due upon receipt.**

Make all checks payable to :

Gator Environmental Services, LLC
1302 N 19th St.  Suite 300
Tampa, FL 33605

If you have any questions concerning this invoice, contact:

Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
or
Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

## INVOICE

INVOICE #:            20170202-15

DATE:            FEBRUARY 02, 2017

**TO:**    Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 11/1/16-11/30/16 <br> (3) 500 BBL Round Bottom (SN: AL5639, AL5658, AL5647) <br><br> GBRT11204 <br><br><br><br><br><br><br><br><br><br> **DUE UPON RECEIPT** | $5850.00 |
| SUBTOTAL | $5850.00 |
| SALES TAX | 0.00 |
| TOTAL | $5850.00 |

**Payment is due upon receipt.**

Make all checks payable to :           Gator Environmental Services, LLC
                                             1302 N 19th St.  Suite 300
                                             Tampa, FL 33605

If you have any questions concerning this invoice, contact:          Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
                                                        or
                                                        Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**INVOICE**

**1302 N. 19ᵗʰ St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

INVOICE #:     20170202-16

DATE:     FEBRUARY 02, 2017

**TO:**   Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 12/1/16-12/31/16<br>(3) 500 BBL Round Bottom (SN: AL5639, AL5658, AL5647)<br><br>GBRT11204 | $6045.00 |
| **DUE UPON RECEIPT** | |
| SUBTOTAL | $6045.00 |
| SALES TAX | 0.00 |
| TOTAL | $6045.00 |

**Payment is due upon receipt.**

Make all checks payable to :      Gator Environmental Services, LLC
1302 N 19ᵗʰ St.  Suite 300
Tampa, FL 33605

If you have any questions concerning this invoice, contact:      Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
or
Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**



# Gator Environmental Services LLC

**INVOICE**

**1302 N. 19th St.**
**Suite 300**
**Tampa, FL 33605**
**225-357-2800**

INVOICE #:   20170202-20

DATE:   FEBRUARY 02, 2017

**TO:** Blue Ribbon
3900 Rogerdale
Houston, TX 77042

| DESCRIPTION | AMOUNT |
|---|---|
| 1/1/17-1/6/17<br>(3) 500 BBL Round Bottom (SN: AL5639, AL5658, AL5647)<br><br>GBRT11204 | $1170.00 |
| **DUE UPON RECEIPT** | |
| SUBTOTAL | $1170.00 |
| SALES TAX | 0.00 |
| TOTAL | $1170.00 |

**Payment is due upon receipt.**

Make all checks payable to :

Gator Environmental Services, LLC
1302 N 19th St.  Suite 300
Tampa, FL 33605

If you have any questions concerning this invoice, contact:

Jayme Skelton at 225-357-2800 or jayme@gatorenv.com
or
Erik Lubinsky at 813-321-6479 or elubinsk@quala.us.com

**Thank you for your business!**