ENTERED
03/20/2017

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Chapter 11** |
| CJ HOLDING CO., et al.,[1] | § | |
| | § | **Case No. 16-33590 (DRJ)** |
| | § | |
| Debtors. | § | **(Jointly Administered)** |

**ORDER GRANTING SECOND INTERIM AND FINAL FEE APPLICATION OF
CONWAY MACKENZIE, INC. FOR ALLOWANCE AND PAYMENT OF
FEES AND EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
AUGUST 5, 2016 THROUGH AND INCLUDING DECEMBER 16, 2016**
(Docket No. 1291)

Upon consideration of the *Second Interim and Final Fee Application of Conway MacKenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors for the Period August 5, 2016 through and including December 16, 2016* [Docket No. [●]] (the "**Application**")[2] filed by Conway MacKenzie, Inc., and this Court having reviewed the Application and the entire record in these cases and noting that any objections hereto are overruled and being otherwise duly advised, and good and sufficient notice of the Application and of the relief requested therein has been provided under the circumstances and that no other or further notice is required and that good cause exists for granting the Application.  It is therefore:

ORDERED that the Application is APPROVED; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: CJ Holding Co. (4586); Blue Ribbon Technology Inc. (6338); C&J Corporate Services (Bermuda) Ltd.; C&J Energy Production Services-Canada Ltd.; C&J Energy Services, Inc. (3219); C&J Energy Services Ltd.; C&J Spec-Rent Services, Inc. (0712); C&J VLC, LLC (9989); C&J Well Services Inc. (5684); ESP Completion Technologies LLC (4615); KVS Transportation, Inc. (2415); Mobile Data Technologies Ltd.; Tellus Oilfield Inc. (2657); Tiger Cased Hole Services Inc. (7783); and Total E&S, Inc. (5351). The location of the Debtors' service address is 3990 Rogerdale, Houston, Texas 77042.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

ORDERED that the fees and expenses incurred by Conway MacKenzie, Inc. for the period of August 5, 2016 through and including December 16, 2016 shall be allowed in the amount of $1,595,505.75 for professional services rendered and $110,423.90 for reimbursement of out-of-pocket expenses for the period of August 5, 2016 through and including December 16, 2016, for a total sum of $1,705,929.65, on a final basis; and it is further

ORDERED that the fees and expenses incurred by Conway MacKenzie, Inc. for the entire period of November 1, 2016 through and including December 16, 2016, shall be allowed on a final basis in the amount of $392,341.50 for professional services rendered and $16,499.75 for reimbursement of out-of-pocket expenses, for a total sum of $408,841.25; and it is further

ORDERED that fees in the amount of $4,563.00 incurred by Conway MacKenzie, Inc. in connection with preparing and filing the Application shall be allowed on a final basis and shall be paid to Conway MacKenzie, Inc. by the Reorganized Debtors; it is further

ORDERED that Conway MacKenzie, Inc. is granted an administrative expense claim for all allowed amounts set forth herein; and it is further

ORDERED that the Reorganized Debtors are authorized to immediately pay to Conway MacKenzie, Inc. the remaining balance of all allowed amounts owed to it in the amount of $1,710,492.65 which amount includes all allowed fees and expenses incurred by Conway MacKenzie, Inc. in connection with preparing and filing of the Application.

**Signed:  March 20, 2017.**

_____

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**