

ENTERED
05/26/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| CJ HOLDING CO., *et al.*,[1] § | |
| § | Case No. 16-33590 (DRJ) |
| Debtors. § | |
| § | (Jointly Administered) |
| § | |

### ORDER ALLOWING WITHDRAWAL
### AS COUNSEL OF RECORD FOR JUAN PATINO
[Relates To Docket # 1622 ]

It is

**ORDERED** that Walker & Patterson, P.C. is authorized to withdraw as counsel of record for Juan Patino in this bankruptcy case, and it is further

**ORDERED** that the firm of Walker & Patterson, P.C. shall have no further obligations of representation of Juan Patino.

Signed:  May 26, 2017.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are:  CJ Holding Co. (4586); Blue Ribbon Technology Inc. (6338); C&J Corporate Services (Bermuda) Ltd.; C&J Energy Production Services-Canada Ltd.; C&J Energy Services, Inc. (3219); C&J Energy Services Ltd.; C&J Spec-Rent Services, Inc. (0712); C&J VLC, LLC (9989); C&J Well Services Inc. (5684); ESP Completion Technologies LLC (4615); KVS Transportation, Inc. (2415); Mobile Data Technologies Ltd.; Tellus Oilfield Inc. (2657); Tiger Cased Hole Services Inc. (7783); and Total E&S, Inc. (5351).  The location of the Debtors' service address is 3990 Rogerdale, Houston, Texas 77042.