

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/05/2018

| | | |
|---|---|---|
| IN RE: CJ HOLDING CO., et.al | § | CASE NO. 16-33590 (DRJ) |
| Debtor. | § | CHAPTER 11 |

### ORDER ON MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
(Docket No. 1989)

On this date, the Court considered the Motion for Withdrawal of Kay Walker and Substitution of Counsel of Amie Augenstein and Christopher J. Gale, Movants.

The Court finds that good cause exists for withdrawal of Movant Kay Walker as counsel.

IT IS THEREFORE ORDERED that Movant Kay B. Walker is permitted to withdraw as counsel of record for Robin Gardiner in this cause and Amie Augenstein and Christopher J. Gale continue as attorneys for Robin Gardiner.

Signed: January 05, 2018

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE