**BELFIELD, ND**

PO BOX 5
BELFIELD ND 58622
701-575-4235

*Invoice*

No. 00001181
Date 5/27/2015

To: C&J ENERGY SERVICES
904 Chambers Ave
Belfield ND 58622

| Shipped | Ship Via | Terms | Contract | Contact | Customer PO# |
|---|---|---|---|---|---|

| Qty | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | | Billable Costs for Legal/Engineering/Publishing | $10,442.85 | $10,442.85 |

**Special Instructions**

SubTotal $10,442.85
Tax $0.00
Shipping $0.00

Total $10,442.85

Thank you for your business!

PLEASE MAKE CHECKS PAYABLE TO:
CITY OF BELFIELD



*ThankYou !*

EXHIBIT C