**BELFIELD, ND**

PO BOX 5
BELFIELD ND 58622
701-575-4235

*Invoice*

No. 00001254
Date 10/9/2015

To: C&J ENERGY SERVICES
904 Chambers Ave
Belfield ND 58622

| Shipped | Ship Via | Terms | Contract | Contact | Customer PO# |
|---|---|---|---|---|---|
| | | | | | |

| Qty | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | Each | Developer Contribution For New Water Tower | $50,000.00 | $50,000.00 |

**Special Instructions**

| | |
|---|---|
| SubTotal | $50,000.00 |
| Tax | $0.00 |
| Shipping | $0.00 |

Total $50,000.00

Thank you for your business!

PLEASE MAKE CHECKS PAYABLE TO:
CITY OF BELFIELD

*ThankYou !*

EXHIBIT E